**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

<u>  1  </u> Valuation of Security     <u>  0  </u> Assumption of Executory Contract or Unexpired Lease     <u>  1  </u> Lien Avoidance

**Last revised: August 1, 2020**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:
Rolle , Norman E.
Rolle, Aisha M.

Debtor(s)

Case No.:  <u>  23-16596  </u>

Judge:  <u>          </u>

### Chapter 13 Plan and Motions

☑ Original      ☐ Modified/Notice Required      Date: <u>          </u>

☑ Motions Included      ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

### YOUR RIGHTS MAY BE AFFECTED

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☑ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☑ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: <u>  EC  </u>     Initial Debtor: <u>  NR  </u>     Initial Co-Debtor: <u>  AR  </u>

### Part 1: Payment and Length of Plan

a. The debtor shall pay $620.00 per month to the Chapter 13 Trustee, starting on 09/01/2023 for approximately 60 months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☑ Future earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

### Part 2: Adequate Protection   ☑ NONE

a. Adequate protection payments will be made in the amount of _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

### Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
| --- | --- | --- |
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE $4,063.00 |
| DOMESTIC SUPPORT OBLIGATION | | $0.00 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:

Check one:

☑ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

**Part 4:    Secured Claims**

a.  **Curing Default and Maintaining Payments on Principal Residence:** ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Midland Mortgage | 205 Lanning Avenue Penns Grove, NJ 08069 | $1,500.00 | 0.00% | $1,500.00 | Resume outside plan |
| Carney's Point Twp. Sewerage Auth. | 205 Lanning Avenue Penns Grove, NJ 08069 | $394.44 | 0.00% | $0.00 | Resume outside plan |

b.  **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| SANTANDER CONSUMER USA | 2020 Audi Q-5 | $2,200.00 | 0.00% | $2,200.00 | Resume outside plan |

c.  **Secured claims excluded from 11 U.S.C. 506** ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

d.  **Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| ALLY FINANCIAL | 2020 Mitsubishi Outlander | $24,000.00 | $21,000.00 | $0.00 | $24,000.00 | 7.5% | $28,854.65 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

e. **Surrender** ☑ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|

f. **Secured Claims Unaffected by the Plan** ☐ NONE

The following secured claims are unaffected by the Plan:

US Dept of HUD has a second mortgage and no payments are due. No payments will be made by Debtor or Trustee to this creditor. Vehicle loan payments are current and will continue outside plan to Pallies Auto Sales. Daughter uses and pays for vehicle.

g. **Secured Claims to be Paid in Full Through the Plan:** ☑ NONE

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|

### Part 5:    Unsecured Claims    ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than _____ to be distributed *pro rata*

☑ Not less than ___0.00%___ percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|

### Part 6:    Executory Contracts and Unexpired Leases    ☑ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment of Debtor | Post-Petition Payment |
|---|---|---|---|---|

### Part 7:    Motions    ☐ NONE

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A** *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).** ☑ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**b.    Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured** ☒ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

**c.    Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| ALLY FINANCIAL | 2020 Mitsubishi Outlander | $24,000.00 | $21,000.00 | $28,854.65 | Any remaining balance due. |

### Part 8:    Other Plan Provisions

**a.    Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

**b.    Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c.    Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

The costs of Administration.
Secured Creditors
Priority Creditors
General Unsecured Creditors

**d.    Post-Petition Claims**

The Standing Trustee ☒ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9:    Modification    ☒ NONE

**NOTE: Modification of a plan does not require that a seperate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: _____

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| | |

Are Schedules I and J being filed simultaneously with this Modified Plan?   ☐ Yes   ☐ No

### Part 10:  Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☑ NONE

☐ Explain Here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

### Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date:    08/17/2023            /s/ Norman E. Rolle
                               Norman E. Rolle
                               Debtor

Date:    08/17/2023            /s/ Aisha M. Rolle
                               Aisha M. Rolle
                               Joint Debtor

Date:    08/17/2023            /s/ Eric J Clayman
                               Eric J Clayman
                               Attorney for Debtor(s)
                               Bar Number: 015341985
                               CLAYMAN LAW LLC
                               1814 EAST ROUTE 70 350
                               Cherry Hill, NJ 08003
                               Phone: (856) 777-5877
                               Email: Eric@clayman-law.com

United States Bankruptcy Court

District of New Jersey

In re:  
Norman E. Rolle  
Aisha M. Rolle  
    Debtors

Case No. 23-16596-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4  
Date Rcvd: Aug 21, 2023      Form ID: pdf901      Total Noticed: 79

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Norman E. Rolle, Aisha M. Rolle, 205 Lanning Avenue, Penns Grove, NJ 08069-1037 |
| 519987116 | + | American Collections Enterprises, for First State Surgery, 6094 - D Franconia Road, Alexandria, VA 22310-4433 |
| 519987122 | | BTD Radiology at Salem PA, PO Box 371863, Pittsburgh, PA 15250-7863 |
| 519987119 | | Bayada at Inspira Home health, 600 G St Ste 170, Millville, NJ 08332-2111 |
| 519994864 | + | CARNEYS POINT SEWERAGE AUTHORITY, 303 HARDING HWY, CARNEYS POINT 08069-2248 |
| 519987127 | | CLAYMAN LAW LLC, 1814 EAST ROUTE 70 350, Cherry Hill, NJ 08003 |
| 519987124 | | Carney's Point Twp. Sewerage Auth., 305 Harding Hwy, Penns Grove, NJ 08069 |
| 519987126 | | Charles A. Evans, DMD, 7 Benson Avenue, Pennsville, NJ 08070-1401 |
| 519987133 | | Cooper University Healthcare, PO Box 95000-4345, Philadelphia, PA 19195-4345 |
| 519987138 | | Drs. Leinen & LaPalomento, LLC, 215 N Hook Rd, Pennsville, NJ 08070-1901 |
| 519987139 | | Eastern Dental of Woodbury Heights, 1006 Mantua Pike Ste 1b, Woodbury Hts, NJ 08097-1225 |
| 519987143 | | First National Bank, 141 E Main St, Oldham, SD 57051 |
| 519987146 | | First State Orthopedics, Po Box 824413, Philadelphia, PA 19182-4413 |
| 519987148 | + | Healthcare Commons, Inc., 500 S Pennsville Auburn Rd, Penns Grove, NJ 08069-2943 |
| 519987150 | | John R. Amrien, MD, 205 Lanning Ave, Penns Grove, NJ 08069-1037 |
| 519987152 | | LTD Financial Services, 3200 Wilcrest Dr Ste 600, Houston, TX 77042-6000 |
| 519987157 | | Midland Mortgage, 1101 N Rockwell Ave, Oklahoma City, OK 73127 |
| 519987159 | | NAPA, 2600 University Pkwy, Coralville, IA 52241-3204 |
| 519987160 | | Nationwide Recovery Services, 535 West Inman Street, Cleveland, TN 37311 |
| 519987161 | | Nordstrom/TD Bank, 13553 E Caley Ave, Englewood, CO 80111 |
| 519987162 | + | Pallies Auto Sales, 540A Delsea Drive, Sewell, NJ 08080-2827 |
| 519987164 | | Rothman Orthodpedics, Po Box 412423, Boston, MA 02241-2423 |
| 519987167 | + | SMA Specialty medical Lab, 940 Pennsylvania Blvd. Suite A, Feasterville Trevose, PA 19053-7834 |
| 519987165 | | Salem Medical Center, Po Box 95000 Lbx 7750, Philadelphia, PA 19195-0001 |
| 519987172 | | Synergy Orthopedics, 920 Germantown Pike Ste 210, Plymouth Mtng, PA 19462-7401 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 21 2023 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 21 2023 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519987115 | | Email/Text: ally@ebn.phinsolutions.com | Aug 21 2023 20:34:00 | ALLY FINANCIAL, Po Box 380901, Minneapolis, MN 55438-0901 |
| 519989958 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 21 2023 20:43:27 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519987117 | | Email/Text: bankruptcy@pepcoholdings.com | Aug 21 2023 20:35:00 | Atlantic City Electric, Po Box 17006, Wilmington, DE 19850-7006 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520000628 | + | Email/Text: bankruptcy@pepcoholdings.com | Aug 21 2023 20:35:00 | Atlantic City Electric Company, Bankruptcy Division, 5 Collins Drive, Suite 2133 / Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 519987118 | + | Email/Text: bk@avant.com | Aug 21 2023 20:36:00 | Avant/Webbank, 222 Merchandise Mart Plaza, Chicago, IL 60654-1103 |
| 519987120 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 21 2023 20:55:34 | Best Buy/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 519987121 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 21 2023 21:08:02 | Bloomingdales/Citibank, 911 Duke Blvd., Mason, OH 45040 |
| 519987123 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 21 2023 20:57:25 | Capital One, Po Box 31293, Salt Lake Cty, UT 84131-0293 |
| 519998915 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 21 2023 20:57:27 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519987125 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 21 2023 20:36:00 | Celtic Bank/Continental Finance, 268 S. State Street Suite 300, Salt Lake City, UT 84111-5314 |
| 519987128 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 21 2023 20:35:00 | Comenity Bank/Lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |
| 519987129 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 21 2023 20:35:00 | Comenity Bank/Victoria Secret, 3100 Easton Square Place, Columbus, OH 43219-6289 |
| 519987130 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 21 2023 20:35:00 | Comenity Bank/Wayfair, PO Box 182789, Columbus, OH 43218-2789 |
| 519987131 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 21 2023 20:35:00 | Comentity Bank/Zales, Po Box 182120, Columbus, OH 43218-2120 |
| 519987132 | | Email/Text: convergent@ebn.phinsolutions.com | Aug 21 2023 20:36:00 | Convergent, fbo Sprint, Po Box 9004, Renton, WA 98057-9004 |
| 519987134 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 21 2023 20:36:00 | Credit Collection Services, Original creditor Progressive Garden Sta, 725 Canton Street, Norwood, MA 02062-2609 |
| 519987135 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 21 2023 20:43:26 | Credit One Bank NV, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 519987136 | | Email/Text: mrdiscen@discover.com | Aug 21 2023 20:34:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 519992243 | | Email/Text: mrdiscen@discover.com | Aug 21 2023 20:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519987137 | ^ | MEBN | Aug 21 2023 20:31:39 | Diversified Adjustment, for Sprint, 600 Coon Rapids Blvd, Minneapolis, MN 55433-5549 |
| 519987140 | | Email/Text: EBN@edfinancial.com | Aug 21 2023 20:34:00 | ED Financial Services LLC, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 519987141 | | Email/Text: bknotice@ercbpo.com | Aug 21 2023 20:35:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 519987144 | | Email/Text: BNSTAZ@capitalsvcs.com | Aug 21 2023 20:34:00 | First National Bank/Fise, PO Box 5081, Sioux Falls, SD 57117 |
| 519987142 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 21 2023 20:36:00 | Fingerhut/Webbank, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 519987145 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 21 2023 20:55:38 | First Premiere Bank, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 519987147 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 21 2023 20:36:00 | Genesis FS Card Services, Po Box 84049, Columbus, GA 31908-4049 |
| 519987149 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 21 2023 20:36:00 | Indigo - Celtic Bank, Po Box 4499, Beaverton, OR 97076-4499 |
| 519987151 | | Email/Text: govtaudits@labcorp.com | | |

Case 23-16596-JNP    Doc 17    Filed 08/23/23    Entered 08/24/23 00:16:07    Desc Imaged
                         Certificate of Notice    Page 9 of 10

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 21, 2023 | Form ID: pdf901 | Total Noticed: 79 |

| | | | | |
|---|---|---|---|---|
| | | | Aug 21 2023 20:34:00 | Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216-2240 |
| 519987153 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2023 20:56:32 | LVNV Funding, c/o Resurgent Capital Services, 55 Beattie Pl #110, Greenville, SC 29601-5115 |
| 519996284 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2023 20:55:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519987158 | | Email/Text: ml-ebn@missionlane.com | Aug 21 2023 20:34:00 | MISSION LANE TAB BANK, PO Box 105286, Atlanta, GA 30348 |
| 519987154 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 21 2023 20:43:53 | Macy's/Citibank, 911 Duke Blvd, Mason, OH 45040-8999 |
| 519987155 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 21 2023 20:55:50 | Merrick Bank U, 10705 S Jordan Gtwy Ste 200, South Jordan, UT 84095-3977 |
| 519987156 | | Email/Text: bankruptcydpt@mcmcg.com | Aug 21 2023 20:35:00 | Midland Credit Management, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 519996013 | | Email/Text: bnc-quantum@quantum3group.com | Aug 21 2023 20:35:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519987163 | + | Email/Text: ngisupport@radiusgs.com | Aug 21 2023 20:34:00 | RADIUS GLOBAL SOLUTION, 7831 GLENROY RD STE 250, EDINA, MN 55439-3117 |
| 519987166 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 21 2023 20:36:00 | SANTANDER CONSUMER USA, PO BOX 961245, FT WORTH, TX 76161-0244 |
| 519987168 | | Email/Text: clientservices@sourcerm.com | Aug 21 2023 20:36:00 | Source Receivables Management, for Sprint, 4615 Dundas Dr. Suite 102, Greensboro, NC 27407 |
| 519987171 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 21 2023 20:57:09 | SYNCB/Old Navy, 4125 Wndward Plaza, Alpharetta, GA 30005-8738 |
| 519994943 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 21 2023 20:36:00 | Santander Consumer USA Inc., PO Box 560284, Dallas, TX 75356-0284 |
| 519987169 | ^ | MEBN | Aug 21 2023 20:31:35 | South Jersey Gas, Po Box 6091, Bellmawr, NJ 08099-6091 |
| 519987170 | + | Email/Text: bankruptcy@springoakscapital.com | Aug 21 2023 20:34:00 | Spring Oaks Captial, for Celtic Bank, PO Box 1216, Chesapeake, VA 23327-1216 |
| 519987173 | | Email/Text: kmattingly@bankofmissouri.com | Aug 21 2023 20:35:00 | TBOM - Milestone, 216 W 2nd St, Dixon, MO 65459-8048 |
| 519987174 | | Email/Text: bncmail@w-legal.com | Aug 21 2023 20:35:00 | TD Bank USA/Target, 7000 Target Pkwy N Stop Ncd-0450, Minneapolis, MN 55445-4301 |
| 519989136 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Aug 21 2023 20:56:55 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 519998236 | + | Email/Text: EBN@edfinancial.com | Aug 21 2023 20:34:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 519987175 | | Email/Text: BAN5620@UCBINC.COM | Aug 21 2023 20:34:00 | United Collection Bureau Inc., 5620 Southwyck Blvd, Toledo, OH 43614-1501 |
| 519993228 | ^ | MEBN | Aug 21 2023 20:31:40 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519987176 | | Email/Text: LCI@upstart.com | Aug 21 2023 20:34:00 | Upstart/Finwise Bank, 2950 S Delaware St, San Mateo, CA 94403-2577 |
| 519987177 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 21 2023 20:43:53 | WAWA/CBNA, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519987179 | + | Email/Text: documentfiling@lciinc.com | Aug 21 2023 20:34:00 | Xfinity CH, PO Box 6505, Chelmsford, MA 01824-0905 |
| 519987178 | | Email/Text: documentfiling@lciinc.com | | |

| | | |
|---|---|---|
| | Aug 21 2023 20:34:00 | xfinity, 1701 John F Kennedy Blvd, Philadelphia, PA 19103-2838 |

TOTAL: 54

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2023           Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eric J Clayman | on behalf of Debtor Norman E. Rolle Eric@Clayman-Law.com CLAYMANLAWLLC@jubileebk.net |
| Eric J Clayman | on behalf of Joint Debtor Aisha M. Rolle Eric@Clayman-Law.com CLAYMANLAWLLC@jubileebk.net |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4