UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**CLAYMAN LAW LLC**
Eric J Clayman
1814 EAST ROUTE 70 350
Cherry Hill, NJ 08003
Phone: (856) 777-5877
Email: Eric@clayman-law.com
Bar Number: 015341985
Attorney for Debtor

In Re:

Rolle, Norman E.
Rolle, Aisha M.

Case No.: 23-16596

Judge:

Chapter: 13

Recommended Local Form: ☑ Followed  ☐ Modified

## PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(A)(8) AND (A)(9)

I, _____Norman E. Rolle and Aisha M. Rolle_____, upon my oath according to law, hereby certify as follows:

1. The below information is being supplied for compliance with the Confirmation Hearing date on _____October 18, 2023_____.

2. The above named Debtor(s) has /have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above named Debtor(s) has/have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the Confirmation hearing date stated in Paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to any subsequent Confirmation hearing date in the event any of the information contained in this Certification changes.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: _____            _____/s/ Norman E. Rolle_____
                                          Norman E. Rolle
                                          Signature of Debtor

DATED: _____            _____/s/ Aisha M. Rolle_____
                                          Aisha M. Rolle
                                          Signature of Joint Debtor

new.5/23/06;jml