| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in compliance with D.N.J. LBR 9004-1(b)<br><br>Lavin, Cedrone, Graver, Boyd & DiSipio<br>Formed in the State of PA<br>Regina Cohen<br>190 North Independence Mall West 6th &<br>Race Streets<br>Suite 500<br>Philadelphia, PA 19106<br>Tel: (215) 351-7551<br>Fax: (215) 627-2551<br>E-mail: RCohen@lavin-law.com<br>Attorney for Creditor | |
| **IN RE:**<br><br>**NORMAN E. ROLLE AND**<br>**AISHA M. ROLLE**<br><br>**Debtors** | Case No.: 23-16596-JNP<br><br>Chapter 13<br><br>Hearing Date: 10/18/2023 at 10:00 AM<br><br>Judge: Jerrold N. Poslusny Jr. |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

✓ Settled          ☐ Withdrawn

Matter: Ally Bank's Objection to Confirmation of Chapter 13 Plan

DATE: 10/10/2023

*/s/ Regina Cohen*
Signature