| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in compliance with D.N.J. LBR 9004-1(b)<br><br>Lavin, Cedrone, Graver, Boyd & DiSipio<br>Formed in the State of PA<br>Regina Cohen<br>190 North Independence Mall West 6th &<br>Race Streets<br>Suite 500<br>Philadelphia, PA 19106<br>Tel: (215) 351-7551<br>Fax: (215) 627-2551<br>E-mail: RCohen@lavin-law.com<br>Attorney for Creditor | Order Filed on November 13, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>NORMAN E. ROLLE, and<br>AISHA M. ROLLE<br><br>**Debtors** | Case No.: 23-16596-JNP<br><br>Chapter 13<br><br>Hearing Date: 10/18/2023 at 10:00 AM<br><br>Judge: Jerrold N. Poslusny Jr. |

### CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN BY SECURED CREDITOR, ALLY BANK

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: November 13, 2023**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: Norman E. Rolle and Aisha M. Rolle
Case No.: 23-16596-JNP
Caption of Order: CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN BY SECURED CREDITOR, ALLY BANK

---

Ally Bank (the "Creditor"), who is the current holder of a Retail Installment Sale Contract and Security Agreement which is secured by a 2020 Mitsubishi Outlander Utility 4D SP 2.4L I4, VIN: JA4AD3A36LZ010464 and Debtor, by and through their undersigned counsel, have agreed to the following with respect to the Objection to Confirmation of Chapter 13 Plan filed by Creditor.

**IT IS THEREFORE ORDERED** that Ally Bank on will be paid $24,879.47 at 9.20% interest for a total of $31,132.51, through the Chapter 13 plan: and

**IT IS FURTHER ORDERED** that the Trustee is authorized to pay Creditor in the amount of $31,132.51, over the life of the plan; and

**IT IS FURTHER ORDERED** that the Creditor shall retain the lien until the earlier of payment of the contractual balance in full under non-bankruptcy law, or until Discharge.

_____  
Regina Cohen  
Attorney for Ally Bank

_____ 10-15-23  
Eric J Clayman  
Attorney for Debtors