B 2100A Form (2100A) (12/15)

# United States Bankruptcy Court

### DISTRICT OF NEW JERSEY

In Re:                                                          Case No.  2316596
NORMAN E ROLLE

AISHA M ROLLE


### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.


PRA Receivables Management, LLC., as agent of
Portfolio Recovery Associates, LLC
--------------------------------------------          Santander Consumer USA Inc.
Name of Transferee                                    --------------------------------------------
                                                      Name of Transferor


Name and Address where notices to transferee          Court Claim # (if known): 6
should be sent:                                       Amount of Claim: $31,595.10
Portfolio Recovery Associates, LLC                    Date Claim Filed: 08/10/2023
POB 41067
Norfolk, VA 23541


Phone: (877)829-8298                                  Phone:
Last Four Digits of Acct #:  8116                     Last Four Digits of Acct #: 8116

Name and Address where transferee payments            Seller Information
should be sent (if different from above)              SANTANDER CONSUMER USA INC.
Portfolio Recovery Associates, LLC                    1601 ELM STREET
POB 12914                                             SUITE 800
Norfolk, VA 23541                                     DALLAS TX 75201

Phone: (877)829-8298
Last Four Digits of Acct #: 8116


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Rashay L. Arkadie                             Date: 6/11/2024
    --------------------------------------------
       Transferee/Transferee's Agent
Email: Bankruptcy_Info@prareceivables.com


*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## EXHIBIT "B"

### BILL OF SALE AND ASSIGNMENT

Santander Consumer USA Inc. and/or Santander Consumer USA Inc. dba Chrysler Capital ("**Seller**"), for value received and pursuant to the terms and conditions of the Financial Assets Sale Agreement, dated as of May 28, 2024, between Seller and Portfolio Recovery Associates, LLC ("**Buyer**"), its successors and assigns ("**Financial Assets Sale Agreement**"), hereby assigns:

(a)  all rights, title and interest of Seller in and to those certain receivables, judgments or evidences of debt described in the Financial Assets Schedule to the Financial Assets Sale Agreement (attached hereto as Exhibit "A") attached hereto and made part hereof for all purposes, and

(b)  all principal, interest or other proceeds of any kind with respect to the Financial Assets described on the Financial Asset Schedule, but excluding any payments or other consideration received by Seller on or prior to the Cut-off Date.

Pursuant to the foregoing assignment, the Seller stipulate that Buyer may be substituted for Seller as the valid owner of the Claims relating to the Financial Assets and hereby waives any notice or hearing requirements imposed by Bankruptcy Rule 3001 (e) (2) otherwise.

**SELLER**

By:_____

Name: Bruce Jackson
Title: CEO and President

STATE OF TEXAS        )
                      )
COUNTY OF DALLAS      )

Sworn before me this 28ᵗʰ day of May , 2024.

NATHALY VAN ZANTEN
Notary Public, State of Texas
Comm. Expires 05-05-2026
Notary ID 133745009

_____
(Notary Stamp & Signature)

My commission expires: 05-05-2026