# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

**In RE:**

NORMAN E. ROLLE

AISHA M. ROLLE

**Debtor(s)**

**Chapter:** 13

**Claim Number:** 23

**Case Number:** 23-16596

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above-entitled case hereby requests that the mailing address pertaining to PAYMENTS only, listed in the above stated case, be changed.

Check which type of address change is being requested:

[ ] Notice only      [√] Payment only      [ ] Notice & Payment

**PAYMENT ADDRESS**

FROM:

Payment Processing Center

P.O. Box 78367

Phoenix, AZ 85062

TO:

Payment Processing Center

P.O. Box 660618

Dallas, TX 75266-0618

Date: 07/10/2024

/s/ Bharat Gurkha

Creditor's Authorized Agent for Ally Bank

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In RE: | Chapter: 13 |
| NORMAN E. ROLLE<br>AISHA M. ROLLE | Case Number: 23-16596 |
| Debtor(s) | |

## Certificate of Service

I certify that on 07/10/2024, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
ERIC J CLAYMAN
ERIC@CLAYMAN-LAW.COM

Trustee
ANDREW B FINBERG

United States Trustee
US TRUSTEE

/s/ Bharat Gurkha
Bharat Gurkha
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
888-455-6662
ECFNotices@aisinfo.com