| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Eric J Clayman, Esquire<br>CLAYMAN LAW LLC<br>1814 EAST ROUTE 70 SUITE 350<br>CHERRY HILL, NJ 08003<br>856-777-5877<br>ERIC@CLAYMAN-LAW.COM<br><br><br>Attorney Debtor | |
| In Re:<br><br>Rolle, Norman E. & Aisha M. | |

Case No.: 23-16596

Chapter: 13

Adv. No.: 

Hearing Date: 

Judge: Judge Poslusny

## CERTIFICATION OF SERVICE

1. I, __Nicholas E. Starr__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Eric J. Clayman__, who represents __Norman E. & Aisha M. Rolle__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __July 23rd, 2024__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Order on Motion For Authorization To Enter Into Final Loan Modification Agreement, Exhibit to Certification in Support of Motion, Attorneys Certification In Support of Motion, Notice Of Motion To Approve Partial Pay Loan Modification

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 07/23/2024

/s/ Nicholas E. Starr
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Officer, Managing, or General Agent<br>Midland Mortgage<br>1101 N Rockwell Avenue<br>Oklahoma City, OK 73127 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Yosef Lewis<br>Servicing Specialist<br>Midland Mortgage, A Division of MidFirst Bank<br>777 NW Grand Blvd<br>Oklahoma City, OK 73118<br>LM.Bankruptcy@midfirst.com | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Norman E & Aisha M Rolle<br>205 Lanning Avenue<br>Pens Grove, NJ 08069 | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |