| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Heather Lynn Anderson (015962003)<br>Deputy Attorney General<br>R. J. Hughes Justice Complex<br>25 W. Market Street<br>P.O. Box 106<br>Trenton, New Jersey 08625<br>Attorney for the State of New Jersey,<br> Division of Taxation | Order Filed on August 5, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>NORMAN and AISHA ROLLE,<br><br>    Debtors. | Case No.: 23-16596 (JNP)<br><br>Chapter 13<br><br>Judge: Poslusny, U.S.B.J. |

CONSENT ORDER MODIFYING DEBTORS' CHAPTER 13 PLAN

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 5, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtor: Rolle
Case No.: 23-16596
Caption of Order: CONSENT ORDER MODIFYING DEBTORS' CHAPTER 13 PLAN

This matter having been presented to the Court by Debtors Norman and Aisha Rolle ("Debtors"), by and through Debtors' counsel, Clayman Law LLC (Eric J. Clayman, Esq., appearing), by Chapter 13 Plan (Docket No. 37), and the State of New Jersey, Division of Taxation ("Taxation") having filed an Objection to the Plan (Docket No. 41), by and through its counsel, Matthew J. Platkin, Attorney General of New Jersey (Heather Lynn Anderson, Deputy Attorney General, appearing), and Debtors and Taxation having amicably resolved Taxation's claims and their treatment through Debtors' Plan and good and sufficient cause appearing for the entry of the within Order;

(1) IT IS HEREBY ORDERED THAT Taxation's Proof of Claim (Claim No. 38-2) filed on July 24, 2024, is hereby allowed and treated as follows:

   a. The priority portion of Taxation's claim is allowed in its entirety in the amount of $3,998.96. Debtors' Plan is hereby amended to provide for full payment of this priority portion; and

   b. The general unsecured portion of Taxation's claim in the amount of $7,262.59 shall be treated as other general unsecured claims in Debtors' Plan.

(2) IT IS FURTHER ORDERED THAT if any provision of this Order conflicts with any other Order entered in this matter, including an order confirming Debtors' Chapter 13 Plan and/or discharge order, the provisions of this Order shall control.

CONSENTED AS TO FORM AND ENTRY:

| CLAYMAN LAW LLC | MATTHEW J. PLATKIN |
| Attorneys for the Debtors | Attorney General of New Jersey |
| | Attorney for Taxation |

/s/Eric J Clayman

_____        _____
Eric J. Clayman, Esq.                  Heather Lynn Anderson
                                       Deputy Attorney General