| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Heather Lynn Anderson (015962003)<br>Deputy Attorney General<br>R. J. Hughes Justice Complex<br>25 W. Market Street<br>P.O. Box 106<br>Trenton, New Jersey 08625<br>Attorney for the State of New Jersey,<br> Division of Taxation | Order Filed on August 5, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>NORMAN and AISHA ROLLE,<br><br>    Debtors. | Case No.: 23-16596 (JNP)<br><br>Chapter 13<br><br>Judge: Poslusny, U.S.B.J. |

CONSENT ORDER MODIFYING DEBTORS' CHAPTER 13 PLAN

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 5, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

```
Page 2
Debtor: Rolle
Case No.: 23-16596
Caption of Order: CONSENT ORDER MODIFYING DEBTORS' CHAPTER 13 PLAN
```

This matter having been presented to the Court by Debtors Norman and Aisha Rolle ("Debtors"), by and through Debtors' counsel, Clayman Law LLC (Eric J. Clayman, Esq., appearing), by Chapter 13 Plan (Docket No. 37), and the State of New Jersey, Division of Taxation ("Taxation") having filed an Objection to the Plan (Docket No. 41), by and through its counsel, Matthew J. Platkin, Attorney General of New Jersey (Heather Lynn Anderson, Deputy Attorney General, appearing), and Debtors and Taxation having amicably resolved Taxation's claims and their treatment through Debtors' Plan and good and sufficient cause appearing for the entry of the within Order;

(1) IT IS HEREBY ORDERED THAT Taxation's Proof of Claim (Claim No. 38-2) filed on July 24, 2024, is hereby allowed and treated as follows:

   a. The priority portion of Taxation's claim is allowed in its entirety in the amount of $3,998.96. Debtors' Plan is hereby amended to provide for full payment of this priority portion; and

   b. The general unsecured portion of Taxation's claim in the amount of $7,262.59 shall be treated as other general unsecured claims in Debtors' Plan.

(2) IT IS FURTHER ORDERED THAT if any provision of this Order conflicts with any other Order entered in this matter, including an order confirming Debtors' Chapter 13 Plan and/or discharge order, the provisions of this Order shall control.

CONSENTED AS TO FORM AND ENTRY:

| | |
|---|---|
| CLAYMAN LAW LLC | MATTHEW J. PLATKIN |
| Attorneys for the Debtors | Attorney General of New Jersey |
| | Attorney for Taxation |

/s/Eric J Clayman

*Eric Clayman*
_____
Eric J. Clayman, Esq.

*Heather Lynn Anderson*
_____
Heather Lynn Anderson
Deputy Attorney General

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-16596-JNP |
| Norman E. Rolle | Chapter 13 |
| Aisha M. Rolle | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2
Date Rcvd: Aug 05, 2024     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**
+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Norman E. Rolle, Aisha M. Rolle, 205 Lanning Avenue, Penns Grove, NJ 08069-1037 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2024 at the address(es) listed below:

**Name**     **Email Address**

Andrew B Finberg
    ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Denise E. Carlon
    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Eric J Clayman
    on behalf of Debtor Norman E. Rolle Eric@Clayman-Law.com  CLAYMANLAWLLC@jubileebk.net

Eric J Clayman
    on behalf of Joint Debtor Aisha M. Rolle Eric@Clayman-Law.com  CLAYMANLAWLLC@jubileebk.net

Heather Lynn Anderson
    on behalf of Creditor State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us

Regina Cohen

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 05, 2024 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor Ally Bank rcohen@lavin-law.com  mmalone@lavin-law.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7