STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or unexpired Lease | 0 | Lien Avoidance |

Last revised: November 14, 2023

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:    Case No.: 23-16596

NORMAN AND AISHA ROLLE

Judge: JUDGE POSLUSNY

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original    ☒ Modified/Notice Required    Date: 9/4/2024

☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

The Court issued a separate Notice of the Hearing on Confirmation of Plan, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the Chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY, AND SPECIFY: ☐ 7a / ☐ 7b / ☐ 7 c.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY, AND SPECIFY: ☐ 7a / ☐ 7b / ☐ 7 c.

Initial Debtor(s)' Attorney: /s/ EC    Initial Debtor: /s/ NR    Initial Co-Debtor: /s/ AR

**Part 1: Payment and Length of Plan**

a. The debtor shall pay to the Chapter 13 Trustee $ ___$10,017.46 ***___ monthly for __***__ months starting on the first of the month following the filing of the petition. (If tier payments are proposed) : and then $_____ per month for _____ months; $_____ per month for _____ months, for a total of _60_ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

   ☐ Future earnings

   ☐ Other sources of funding (describe source, amount and date when funds are available):

   ***Debtors have paid 10,017.46 and will pay $1,027/month to begin in September 2024 for 48 more months (60 months total).

c. Use of real property to satisfy plan obligations:

   ☐ Sale of real property
   Description:

   Proposed date for completion: _____

   ☐ Refinance of real property:
   Description:
   Proposed date for completion: _____

   ☐ Loan modification with respect to mortgage encumbering real property:
   Description:
   Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification. See also Part 4.

   ☐ If a Creditor filed a claim for arrearages, the arrearages ☐ will / ☐ will not be paid by the Chapter 13 Trustee pending an Order approving sale, refinance, or loan modification of the real property.

e. For debtors filing joint petition:

   ☒ Debtors propose to have the within Chapter 13 Case jointly administered. If any party objects to joint administration, an objection to confirmation must be timely filed. The objecting party must appear at confirmation to prosecute their objection.

   Initial Debtor: __/s/ NR____ Initial Co-Debtor: __/s/ AR____

| Part 2: Adequate Protection  ☒ NONE |
|---|

    a. Adequate protection payments will be made in the amount of $_____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____(creditor). (Adequate protection payments to be commenced upon order of the Court.)

    b. Adequate protection payments will be made in the amount of $ _____to be paid directly by the debtor(s), pre-confirmation to: _____(creditor).

| Part 3: Priority Claims (Including Administrative Expenses) |
|---|

    a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Name of Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $1,100 |
| DOMESTIC SUPPORT OBLIGATION | | Post confirmation legal services subject to Court approval. This is an estimate. |
| NJ Div of Taxation | State income tax | $7,262.59 |
| IRS | Federal Income tax | $10,516.34<br>$ |

    b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
       Check one:
       ☒ None
       ☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Name of Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor monthly obligations due after the bankruptcy filing as follows:

| Name of Creditor | Collateral or Type of Debt (identify property and add street address, if applicable) | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor by Trustee | Regular Monthly Payment Direct to Creditor |
|---|---|---|---|---|---|
| Midland Mortgage | 205 Lanning Avenue PennsGrove, NJ 08069 | $2,162.34 | n/a | $2,162.34 | Debtor shall pay the regular monthly payment pursuant to the terms of the underlying loan documents unless otherwise ordered. |
| Carney's Point Sewerage Authority | 205 Lanning Avenue PennsGrove, NJ 08069 | $399.44 | n/a | $399.44 | |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☐ NONE

The Debtor will pay to the Trustee allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor monthly obligations due after the bankruptcy filing as follows:

| Name of Creditor | Collateral or Type of Debt (identify property and add street address, if applicable) | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor by Trustee | Regular Monthly Payment Direct to Creditor |
|---|---|---|---|---|---|
| Santander Consumer USA | 2020 Audi | $2,121.12 | n/a | $2,121.12 | Debtor shall pay the regular monthly payment pursuant to the terms of the underlying loan documents unless otherwise ordered. |

    c. **Secured claims to be paid in full through the plan which are excluded from 11 U.S.C. 506:** ☐ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Interest Rate | Amount of Claim | Total to be Paid Including Interest Calculation by Trustee |
|---|---|---|---|---|
| ALLY Financial | 2020 Mitsubishi | | | $31,131,92<br><br>This is the amount to be paid to Ally Financial in accordance with the terms of the confirmed plan. This modified plan will not disturb this payment. |

    d. **Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☒ NONE

        1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid by Trustee |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

    2.) Where the Debtor retains collateral and completes all Plan payments, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

e. **Surrender** ☒ NONE

Upon confirmation, the automatic stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 shall be terminated in all respects. The Debtor surrenders the following collateral:

| Name of Creditor | Collateral to be Surrendered (identify property and add street address, if applicable) | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

f. **Secured Claims Unaffected by the Plan** ☐ NONE

The following secured claims are unaffected by the Plan:

| Name of Creditor | Collateral (identify property and add street address, if applicable) |
|---|---|
| US Department of HUD<br><br>and<br><br>Pallies Auto Sales. | US Dept of HUD has a second mortgage and no payments are due. No payments will be made by Debtor or Trustee to this creditor. Vehicle loan payments are current and will continue outside plan to Pallies Auto Sales.<br>Daughter uses and pays for vehicle. |

g. **Secured Claims to be Paid in Full Through the Plan:** ☒ NONE

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Amount | Interest Rate | Total Amount to be Paid through the plan by Trustee |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 5:    Unsecured Claims   ☐ NONE**

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☒ Not less than 0.00 _____ percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Name of Creditor | Basis For Separate Classification | Treatment | Amount to be Paid by Trustee |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases   ☒ NONE**

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Name of Creditor | Arrears to be Cured and paid by Trustee | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment to be Paid Directly to Creditor by Debtor |
|---|---|---|---|---|
|  |  |  |  |  |

## Part 7:   Motions   ☒ NONE

**NOTE:** All plans containing motions must be served on all affected lienholders, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation must be filed with the Clerk of Court when the plan and transmittal notice are served

   a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).** ☒ **NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Name of Creditor | Nature of Collateral (identify property and add street address, if applicable) | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

   b. **Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.** ☒ **NONE**

   The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Name of Creditor | Collateral (identify property and add street address if applicable) | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

d. Where the Debtor retains collateral, upon completion of the Plan and issuance of the Discharge, affected Debtor may take all steps necessary to remove of record any lien or portion of any lien discharged.

## Part 8:    Other Plan Provisions

a. **Vesting of Property of the Estate**

☒   Upon confirmation

☐   Upon discharge

b. **Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1) Chapter 13 Standing Trustee Fees, upon receipt of funds
2) CLAYMAN LAW LLC
3) SECURED CREDITORS
4) PRIORITY CREDITORS
5) GENERAL UNSECURED CREDITORS
6) _____

d. **Post-Petition Claims**

The Trustee ☒ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

| Part 9: | Modification ☐ NONE |
|---|---|

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below. Date of Plan being Modified: March 9, 2024 .

> Explain below **why** the plan is being modified:
> The IRS and NJ Division of Taxation filed late claims. This plan addresses the priority portion of the claims. The IRS & NJ Div. of Taxation priority claims will now be paid in full through the plan. No other creditors are effected by this plan.

Are Schedules I and J being filed simultaneously with this Modified Plan?   ☐ Yes   ☒ No

| Part 10: Non-Standard Provision(s): |
|---|

Non-Standard Provisions:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

# Signatures

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*.

I certify under penalty of perjury that the above is true.

Date: 9--4--2024     /s/ Norman Rolle
                    Debtor

Date: 9-4-2024      /s/ Aisha Rolle
                    Joint Debtor

Date: 9-4-2024      /s/ Eric J Clayman
                    Attorney for the Debtor(s)

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-16596-JNP |
| Norman E. Rolle | Chapter 13 |
| Aisha M. Rolle | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Sep 11, 2024 | Form ID: pdf901 | Total Noticed: 101 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Norman E. Rolle, Aisha M. Rolle, 205 Lanning Avenue, Penns Grove, NJ 08069-1037 |
| 519987116 | + | American Collections Enterprises, for First State Surgery, 6094 - D Franconia Road, Alexandria, VA 22310-4433 |
| 519987122 | | BTD Radiology at Salem PA, PO Box 371863, Pittsburgh, PA 15250-7863 |
| 519987119 | | Bayada at Inspira Home health, 600 G St Ste 170, Millville, NJ 08332-2111 |
| 519994864 | + | CARNEYS POINT SEWERAGE AUTHORITY, 303 HARDING HWY, CARNEYS POINT 08069-2248 |
| 519987127 | | CLAYMAN LAW LLC, 1814 EAST ROUTE 70 350, Cherry Hill, NJ 08003 |
| 519987124 | | Carney's Point Twp. Sewerage Auth., 305 Harding Hwy, Penns Grove, NJ 08069 |
| 519987126 | | Charles A. Evans, DMD, 7 Benson Avenue, Pennsville, NJ 08070-1401 |
| 519987138 | | Drs. Leinen & LaPalomento, LLC, 215 N Hook Rd, Pennsville, NJ 08070-1901 |
| 519987139 | | Eastern Dental of Woodbury Heights, 1006 Mantua Pike Ste 1b, Woodbury Hts, NJ 08097-1225 |
| 519987143 | | First National Bank, 141 E Main St, Oldham, SD 57051 |
| 519987146 | | First State Orthopedics, Po Box 824413, Philadelphia, PA 19182-4413 |
| 519987148 | + | Healthcare Commons, Inc., 500 S Pennsville Auburn Rd, Penns Grove, NJ 08069-2943 |
| 519987150 | | John R. Amrien, MD, 205 Lanning Ave, Penns Grove, NJ 08069-1037 |
| 519987152 | | LTD Financial Services, 3200 Wilcrest Dr Ste 600, Houston, TX 77042-6000 |
| 519987157 | | Midland Mortgage, 1101 N Rockwell Ave, Oklahoma City, OK 73127 |
| 519987159 | | NAPA, 2600 University Pkwy, Coralville, IA 52241-3204 |
| 519987160 | | Nationwide Recovery Services, 535 West Inman Street, Cleveland, TN 37311 |
| 519987161 | | Nordstrom/TD Bank, 13553 E Caley Ave, Englewood, CO 80111 |
| 519987162 | + | Pallies Auto Sales, 540A Delsea Drive, Sewell, NJ 08080-2827 |
| 519987164 | | Rothman Orthodpedics, Po Box 412423, Boston, MA 02241-2423 |
| 519987167 | + | SMA Specialty medical Lab, 940 Pennsylvania Blvd. Suite A, Feasterville Trevose, PA 19053-7834 |
| 519987165 | | Salem Medical Center, Po Box 95000 Lbx 7750, Philadelphia, PA 19195-0001 |
| 519987172 | | Synergy Orthopedics, 920 Germantown Pike Ste 210, Plymouth Mtng, PA 19462-7401 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 11 2024 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 11 2024 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 11 2024 20:53:32 | Ally Bank, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519987115 | | Email/Text: ally@ebn.phinsolutions.com | Sep 11 2024 20:46:00 | ALLY FINANCIAL, Po Box 380901, Minneapolis, MN 55438-0901 |
| 519989958 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 11 2024 20:53:04 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520021592 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 11 2024 20:53:36 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520030745 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 11 2024 20:53:07 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519987117 | | Email/Text: bankruptcy@pepcoholdings.com | Sep 11 2024 20:48:00 | Atlantic City Electric, Po Box 17006, Wilmington, DE 19850-7006 |
| 520000628 | + | Email/Text: bankruptcy@pepcoholdings.com | Sep 11 2024 20:48:00 | Atlantic City Electric Company, Bankruptcy Division, 5 Collins Drive, Suite 2133 / Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 519987118 | + | Email/Text: bk@avant.com | Sep 11 2024 20:49:00 | Avant/Webbank, 222 Merchandise Mart Plaza, Chicago, IL 60654-1103 |
| 519987120 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 11 2024 20:53:35 | Best Buy/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 519987121 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 11 2024 20:53:18 | Bloomingdales/Citibank, 911 Duke Blvd., Mason, OH 45040 |
| 519987123 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 11 2024 20:53:37 | Capital One, Po Box 31293, Salt Lake Cty, UT 84131-0293 |
| 519998915 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 11 2024 20:53:40 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519987125 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 11 2024 20:49:00 | Celtic Bank/Continental Finance, 268 S. State Street Suite 300, Salt Lake City, UT 84111-5314 |
| 520011264 | | Email/Text: bnc-quantum@quantum3group.com | Sep 11 2024 20:48:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 519987128 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 11 2024 20:48:00 | Comenity Bank/Lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |
| 519987129 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 11 2024 20:48:00 | Comenity Bank/Victoria Secret, 3100 Easton Square Place, Columbus, OH 43219-6289 |
| 519987130 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 11 2024 20:48:00 | Comenity Bank/Wayfair, PO Box 182789, Columbus, OH 43218-2789 |
| 519987131 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 11 2024 20:48:00 | Comentity Bank/Zales, Po Box 182120, Columbus, OH 43218-2120 |
| 519987132 | | Email/Text: convergent@ebn.phinsolutions.com | Sep 11 2024 20:49:47 | Convergent, fbo Sprint, Po Box 9004, Renton, WA 98057-9004 |
| 519987133 | ^ | MEBN | Sep 11 2024 20:43:33 | Cooper University Healthcare, PO Box 95000-4345, Philadelphia, PA 19195-4345 |
| 519987134 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 11 2024 20:49:00 | Credit Collection Services, Original creditor Progressive Garden Sta, 725 Canton Street, Norwood, MA 02062-2609 |
| 519987135 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 11 2024 20:53:15 | Credit One Bank NV, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 519987136 | | Email/Text: mrdiscen@discover.com | Sep 11 2024 20:46:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 519992243 | | Email/Text: mrdiscen@discover.com | Sep 11 2024 20:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519987137 | ^ | MEBN | Sep 11 2024 20:45:07 | Diversified Adjustment, for Sprint, 600 Coon Rapids Blvd, Minneapolis, MN 55433-5549 |
| 519987140 | | Email/Text: EBN@edfinancial.com | Sep 11 2024 20:47:00 | ED Financial Services LLC, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 519987141 | | Email/Text: bknotice@ercbpo.com | Sep 11 2024 20:48:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519987144 | | Email/Text: BNSTAZ@capitalsvcs.com | Sep 11 2024 20:47:00 | First National Bank/Fise, PO Box 5081, Sioux Falls, SD 57117 |
| 519987142 | + | Email/Text: bnc-bluestem@quantum3group.com | Sep 11 2024 20:49:00 | Fingerhut/Webbank, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 519987145 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 11 2024 20:53:18 | First Premiere Bank, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 519987147 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 11 2024 20:49:00 | Genesis FS Card Services, Po Box 84049, Columbus, GA 31908-4049 |
| 519987149 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 11 2024 20:49:00 | Indigo - Celtic Bank, Po Box 4499, Beaverton, OR 97076-4499 |
| 520140501 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 11 2024 20:48:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519987151 | | Email/Text: govtaudits@labcorp.com | Sep 11 2024 20:47:00 | Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216-2240 |
| 519987153 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 11 2024 20:53:00 | LVNV Funding, c/o Resurgent Capital Services, 55 Beattie Pl #110, Greenville, SC 29601-5115 |
| 519996284 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 11 2024 20:53:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520021743 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 11 2024 20:52:56 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519987158 | | Email/Text: ml-ebn@missionlane.com | Sep 11 2024 20:46:00 | MISSION LANE TAB BANK, PO Box 105286, Atlanta, GA 30348 |
| 519987154 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 11 2024 20:53:23 | Macy's/Citibank, 911 Duke Blvd, Mason, OH 45040-8999 |
| 519987155 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 11 2024 20:53:38 | Merrick Bank U, 10705 S Jordan Gtwy Ste 200, South Jordan, UT 84095-3977 |
| 520017238 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 11 2024 21:03:53 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519987156 | | Email/Text: bankruptcydpt@mcmcg.com | Sep 11 2024 20:48:00 | Midland Credit Management, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 520030261 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 11 2024 20:48:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520047204 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 11 2024 20:48:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520300484 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 11 2024 21:04:01 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520300485 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 11 2024 20:53:36 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520042245 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 11 2024 20:53:21 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 520048582 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 11 2024 20:53:02 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 520048922 | + | Email/Text: bankruptcy@purchasingpower.com | Sep 11 2024 20:49:00 | Purchasing Power, LLC, 2727 Paces Ferry Road SE, Bldg.2,Ste1200, Atlanta, GA 30339-6143 |
| 520020054 | | Email/Text: bnc-quantum@quantum3group.com | Sep 11 2024 20:48:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520092549 | + | Email/Text: bnc-quantum@quantum3group.com | Sep 11 2024 20:48:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA |

Case 23-16596-JNP    Doc 56    Filed 09/13/24    Entered 09/14/24 00:17:53    Desc Imaged
                              Certificate of Notice    Page 15 of 16

| District/off: 0312-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Sep 11, 2024 | Form ID: pdf901 | Total Noticed: 101 |

| | | | | |
|---|---|---|---|---|
| 520043402 | | Email/Text: bnc-quantum@quantum3group.com | | 98083-0788, Quantum3 Group LLC as agent for, Sadino Funding LLC 98083-0788 |
| | | | Sep 11 2024 20:48:00 | Quantum3 Group LLC as agent for, BLST Marketing Sales & Receivables LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519996013 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Sep 11 2024 20:48:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520020049 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Sep 11 2024 20:48:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520020043 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Sep 11 2024 20:48:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520018640 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Sep 11 2024 20:48:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519987163 | + | Email/Text: ngisupport@radiusgs.com | | |
| | | | Sep 11 2024 20:47:00 | RADIUS GLOBAL SOLUTION, 7831 GLENROY RD STE 250, EDINA, MN 55439-3117 |
| 519987166 | + | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | | Sep 11 2024 20:48:00 | SANTANDER CONSUMER USA, PO BOX 961245, FT WORTH, TX 76161-0244 |
| 519987168 | | Email/Text: clientservices@sourcerm.com | | |
| | | | Sep 11 2024 20:49:00 | Source Receivables Management, for Sprint, 4615 Dundas Dr. Suite 102, Greensboro, NC 27407 |
| 520221123 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | | Sep 11 2024 20:47:00 | State of New Jersey, Department of Treasury, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 519987171 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Sep 11 2024 20:52:57 | SYNCB/Old Navy, 4125 Wndward Plaza, Alpharetta, GA 30005-8738 |
| 519994943 | + | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | | Sep 11 2024 20:48:00 | Santander Consumer USA Inc., PO Box 560284, Dallas, TX 75356-0284 |
| 519987169 | ^ | MEBN | | |
| | | | Sep 11 2024 20:46:10 | South Jersey Gas, Po Box 6091, Bellmawr, NJ 08099-6091 |
| 520035950 | | Email/Text: bankruptcy@springoakscapital.com | | |
| | | | Sep 11 2024 20:46:00 | Spring Oaks Capital SPV, LLC, P. O. Box 1216, Chesapeake, VA 23327-1216 |
| 519987170 | + | Email/Text: bankruptcy@springoakscapital.com | | |
| | | | Sep 11 2024 20:46:00 | Spring Oaks Captial, for Celtic Bank, PO Box 1216, Chesapeake, VA 23327-1216 |
| 519987173 | | Email/Text: jcissell@bankofmissouri.com | | |
| | | | Sep 11 2024 20:47:00 | TBOM - Milestone, 216 W 2nd St, Dixon, MO 65459-8048 |
| 519987174 | | Email/Text: bncmail@w-legal.com | | |
| | | | Sep 11 2024 20:48:00 | TD Bank USA/Target, 7000 Target Pkwy N Stop Ncd-0450, Minneapolis, MN 55445-4301 |
| 519989136 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | | |
| | | | Sep 11 2024 20:53:32 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 519998236 | + | Email/Text: EBN@edfinancial.com | | |
| | | | Sep 11 2024 20:47:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 519987175 | | Email/Text: BAN5620@UCBINC.COM | | |
| | | | Sep 11 2024 20:47:00 | United Collection Bureau Inc., 5620 Southwyck Blvd, Toledo, OH 43614-1501 |
| 519993228 | ^ | MEBN | | |
| | | | Sep 11 2024 20:45:41 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519987176 | | Email/Text: LCI@upstart.com | | |
| | | | Sep 11 2024 20:47:00 | Upstart/Finwise Bank, 2950 S Delaware St, San Mateo, CA 94403-2577 |
| 519987177 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Sep 11 2024 20:53:39 | WAWA/CBNA, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519987179 | + | Email/Text: documentfiling@lciinc.com | | |
| | | | Sep 11 2024 20:46:00 | Xfinity CH, PO Box 6505, Chelmsford, MA |

Case 23-16596-JNP    Doc 56    Filed 09/13/24    Entered 09/14/24 00:17:53    Desc Imaged
Certificate of Notice    Page 16 of 16

| District/off: 0312-1 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Sep 11, 2024 | Form ID: pdf901 | Total Noticed: 101 |

| 519987178 | Email/Text: documentfiling@lciinc.com | | 01824-0905 |
|---|---|---|---|
| | | Sep 11 2024 20:46:00 | xfinity, 1701 John F Kennedy Blvd, Philadelphia, PA 19103-2838 |

TOTAL: 77

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520092548 | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2024        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Eric J Clayman | on behalf of Debtor Norman E. Rolle Eric@Clayman-Law.com CLAYMANLAWLLC@jubileebk.net |
| Eric J Clayman | on behalf of Joint Debtor Aisha M. Rolle Eric@Clayman-Law.com CLAYMANLAWLLC@jubileebk.net |
| Heather Lynn Anderson | on behalf of Creditor State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us |
| Regina Cohen | on behalf of Creditor Ally Bank rcohen@lavin-law.com mmalone@lavin-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7