| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Clayman Law LLC<br>1814 East Route 70<br>Suite 350<br>Cherry Hill, NJ 08003<br>Attorney for Debtor |

| In Re: | Case No.: | 23-16596 |
|---|---|---|
| | Adv. No.: | |
| Norman & Aisha Rolle<br>Debtor | Hearing Date: | |
| | Judge: | JNP |

## CERTIFICATION OF SERVICE

1. I, Eric J. Clayman :

   ☑ represent the Debtor in the above-captioned matter.

   ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On 11/13/2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Application for Compensation

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 11/13/24                               /s/ Eric J. Clayman
                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew B. Finberg<br>Office of the Chaptr 13 Standing Trustee<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
| Norman E. Rolle<br>Aisha M. Rolle<br>205 Lanning Avenue<br>Penns Grove, NJ 08069 | Debtor | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>☑ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |

2