Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                              Case No.:  23−16596−JNP
                              Chapter:  13
                              Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Norman E. Rolle                                    Aisha M. Rolle
   205 Lanning Avenue                       205 Lanning Avenue
   Penns Grove, NJ 08069                  Penns Grove, NJ 08069

Social Security No.:
   xxx−xx−1924                                     xxx−xx−1380

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

      NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:       12/19/24
Time:      02:00 PM
Location:   4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

      The following applications for compensation have been filed:

APPLICANT(S)
Eric J Clayman, Debtor's Attorney, period: 10/23/2023 to 11/13/2024

COMMISSION OR FEES
Fee:$2,000.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

    ☑    will not reduce the amount to be paid to general unsecured
             creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured
             creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: November 14, 2024
JAN: cm

                                                                                           Jeanne Naughton
                                                                                           Clerk