Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−16596−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Norman E. Rolle
205 Lanning Avenue
Penns Grove, NJ 08069

Aisha M. Rolle
205 Lanning Avenue
Penns Grove, NJ 08069

Social Security No.:
xxx−xx−1924                xxx−xx−1380

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:       12/19/24
Time:       02:00 PM
Location:   4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Eric J Clayman, Debtor's Attorney, period: 10/23/2023 to 11/13/2024

COMMISSION OR FEES
Fee:$2,000.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

- ☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: November 14, 2024
JAN: cm

                                                                   Jeanne Naughton
                                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Norman E. Rolle  
Aisha M. Rolle  
    Debtors

Case No. 23-16596-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 5  
Date Rcvd: Nov 14, 2024    Form ID: 137    Total Noticed: 101

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Norman E. Rolle, Aisha M. Rolle, 205 Lanning Avenue, Penns Grove, NJ 08069-1037 |
| 519987116 | + | American Collections Enterprises, for First State Surgery, 6094 - D Franconia Road, Alexandria, VA 22310-4433 |
| 519987122 | | BTD Radiology at Salem PA, PO Box 371863, Pittsburgh, PA 15250-7863 |
| 519987119 | | Bayada at Inspira Home health, 600 G St Ste 170, Millville, NJ 08332-2111 |
| 519994864 | + | CARNEYS POINT SEWERAGE AUTHORITY, 303 HARDING HWY, CARNEYS POINT 08069-2248 |
| 519987127 | | CLAYMAN LAW LLC, 1814 EAST ROUTE 70 350, Cherry Hill, NJ 08003 |
| 519987124 | | Carney's Point Twp. Sewerage Auth., 305 Harding Hwy, Penns Grove, NJ 08069 |
| 519987126 | | Charles A. Evans, DMD, 7 Benson Avenue, Pennsville, NJ 08070-1401 |
| 519987138 | | Drs. Leinen & LaPalomento, LLC, 215 N Hook Rd, Pennsville, NJ 08070-1901 |
| 519987139 | | Eastern Dental of Woodbury Heights, 1006 Mantua Pike Ste 1b, Woodbury Hts, NJ 08097-1225 |
| 519987143 | | First National Bank, 141 E Main St, Oldham, SD 57051 |
| 519987146 | | First State Orthopedics, Po Box 824413, Philadelphia, PA 19182-4413 |
| 519987148 | + | Healthcare Commons, Inc., 500 S Pennsville Auburn Rd, Penns Grove, NJ 08069-2943 |
| 519987150 | | John R. Amrien, MD, 205 Lanning Ave, Penns Grove, NJ 08069-1037 |
| 519987152 | | LTD Financial Services, 3200 Wilcrest Dr Ste 600, Houston, TX 77042-6000 |
| 519987157 | | Midland Mortgage, 1101 N Rockwell Ave, Oklahoma City, OK 73127 |
| 519987159 | | NAPA, 2600 University Pkwy, Coralville, IA 52241-3204 |
| 519987160 | | Nationwide Recovery Services, 535 West Inman Street, Cleveland, TN 37311 |
| 519987161 | | Nordstrom/TD Bank, 13553 E Caley Ave, Englewood, CO 80111 |
| 519987162 | + | Pallies Auto Sales, 540A Delsea Drive, Sewell, NJ 08080-2827 |
| 519987164 | | Rothman Orthodpedics, Po Box 412423, Boston, MA 02241-2423 |
| 519987167 | + | SMA Specialty medical Lab, 940 Pennsylvania Blvd. Suite A, Feasterville Trevose, PA 19053-7834 |
| 519987165 | | Salem Medical Center, Po Box 95000 Lbx 7750, Philadelphia, PA 19195-0001 |
| 519987172 | | Synergy Orthopedics, 920 Germantown Pike Ste 210, Plymouth Mtng, PA 19462-7401 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 14 2024 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 14 2024 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 14 2024 21:08:28 | Ally Bank, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519987115 | | Email/Text: ally@ebn.phinsolutions.com | Nov 14 2024 20:48:00 | ALLY FINANCIAL, Po Box 380901, Minneapolis, MN 55438-0901 |
| 519989958 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 14 2024 20:57:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520021592 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Nov 14 2024 21:09:23 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520030745 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2024 20:56:31 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519987117 | | Email/Text: bankruptcy@pepcoholdings.com | Nov 14 2024 20:49:00 | Atlantic City Electric, Po Box 17006, Wilmington, DE 19850-7006 |
| 520000628 | + | Email/Text: bankruptcy@pepcoholdings.com | Nov 14 2024 20:49:00 | Atlantic City Electric Company, Bankruptcy Division, 5 Collins Drive, Suite 2133 / Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 519987118 | + | Email/Text: bk@avant.com | Nov 14 2024 20:50:00 | Avant/Webbank, 222 Merchandise Mart Plaza, Chicago, IL 60654-1103 |
| 519987120 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 14 2024 20:56:57 | Best Buy/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 519987121 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 14 2024 20:55:52 | Bloomingdales/Citibank, 911 Duke Blvd., Mason, OH 45040 |
| 519987123 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2024 20:56:22 | Capital One, Po Box 31293, Salt Lake Cty, UT 84131-0293 |
| 519998915 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 14 2024 20:55:58 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519987125 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 14 2024 20:51:00 | Celtic Bank/Continental Finance, 268 S. State Street Suite 300, Salt Lake City, UT 84111-5314 |
| 520011264 | | Email/Text: bnc-quantum@quantum3group.com | Nov 14 2024 20:50:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 519987128 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 14 2024 20:50:00 | Comenity Bank/Lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |
| 519987129 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 14 2024 20:50:00 | Comenity Bank/Victoria Secret, 3100 Easton Square Place, Columbus, OH 43219-6289 |
| 519987130 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 14 2024 20:50:00 | Comenity Bank/Wayfair, PO Box 182789, Columbus, OH 43218-2789 |
| 519987131 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 14 2024 20:50:00 | Comentity Bank/Zales, Po Box 182120, Columbus, OH 43218-2120 |
| 519987132 | | Email/Text: convergent@ebn.phinsolutions.com | Nov 14 2024 20:50:40 | Convergent, fbo Sprint, Po Box 9004, Renton, WA 98057-9004 |
| 519987133 | ^ | MEBN | Nov 14 2024 20:46:25 | Cooper University Healthcare, PO Box 95000-4345, Philadelphia, PA 19195-4345 |
| 519987134 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 14 2024 20:50:00 | Credit Collection Services, Original creditor Progressive Garden Sta, 725 Canton Street, Norwood, MA 02062-2609 |
| 519987135 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 14 2024 20:55:36 | Credit One Bank NV, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 519987136 | | Email/Text: mrdiscen@discover.com | Nov 14 2024 20:48:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 519992243 | | Email/Text: mrdiscen@discover.com | Nov 14 2024 20:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519987137 | ^ | MEBN | Nov 14 2024 20:45:14 | Diversified Adjustment, for Sprint, 600 Coon Rapids Blvd, Minneapolis, MN 55433-5549 |
| 519987140 | | Email/Text: EBN@edfinancial.com | Nov 14 2024 20:48:00 | ED Financial Services LLC, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 519987141 | | Email/Text: bknotice@ercbpo.com | Nov 14 2024 20:50:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |

Case 23-16596-JNP    Doc 70    Filed 11/16/24    Entered 11/17/24 00:15:38    Desc Imaged
                              Certificate of Notice    Page 5 of 7

| District/off: 0312-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Nov 14, 2024 | Form ID: 137 | Total Noticed: 101 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519987144 | | Email/Text: BNSTAZ@capitalsvcs.com | Nov 14 2024 20:49:00 | First National Bank/Fise, PO Box 5081, Sioux Falls, SD 57117 |
| 519987142 | + | Email/Text: bnc-bluestem@quantum3group.com | Nov 14 2024 20:50:00 | Fingerhut/Webbank, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 519987145 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 14 2024 21:08:52 | First Premiere Bank, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 519987147 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 14 2024 20:51:00 | Genesis FS Card Services, Po Box 84049, Columbus, GA 31908-4049 |
| 519987149 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 14 2024 20:51:00 | Indigo - Celtic Bank, Po Box 4499, Beaverton, OR 97076-4499 |
| 520140501 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 14 2024 20:49:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519987151 | | Email/Text: govtaudits@labcorp.com | Nov 14 2024 20:49:00 | Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216-2240 |
| 519987153 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2024 20:56:01 | LVNV Funding, c/o Resurgent Capital Services, 55 Beattie Pl #110, Greenville, SC 29601-5115 |
| 519996284 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2024 20:56:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520021743 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 14 2024 20:56:22 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519987158 | | Email/Text: ml-ebn@missionlane.com | Nov 14 2024 20:48:00 | MISSION LANE TAB BANK, PO Box 105286, Atlanta, GA 30348 |
| 519987154 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 14 2024 20:56:47 | Macy's/Citibank, 911 Duke Blvd, Mason, OH 45040-8999 |
| 519987155 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 14 2024 20:55:13 | Merrick Bank U, 10705 S Jordan Gtwy Ste 200, South Jordan, UT 84095-3977 |
| 520017238 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Nov 14 2024 20:57:06 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519987156 | | Email/Text: bankruptcydpt@mcmcg.com | Nov 14 2024 20:50:00 | Midland Credit Management, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 520030261 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 14 2024 20:50:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520047204 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 14 2024 20:50:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520300484 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 14 2024 21:09:06 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520300485 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 14 2024 20:56:30 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520042245 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 14 2024 20:57:33 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 520048582 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2024 20:57:31 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 520048922 | + | Email/Text: bankruptcy@purchasingpower.com | Nov 14 2024 20:50:00 | Purchasing Power, LLC, 2727 Paces Ferry Road SE, Bldg.2,Ste1200, Atlanta, GA 30339-6143 |
| 520020054 | | Email/Text: bnc-quantum@quantum3group.com | Nov 14 2024 20:50:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520092549 | + | Email/Text: bnc-quantum@quantum3group.com | Nov 14 2024 20:50:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA |

| | | | | |
|---|---|---|---|---|
| | | | | 98083-0788, Quantum3 Group LLC as agent for, Sadino Funding LLC 98083-0788 |
| 520043402 | | Email/Text: bnc-quantum@quantum3group.com | Nov 14 2024 20:50:00 | Quantum3 Group LLC as agent for, BLST Marketing Sales & Receivables LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519996013 | | Email/Text: bnc-quantum@quantum3group.com | Nov 14 2024 20:50:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520020049 | | Email/Text: bnc-quantum@quantum3group.com | Nov 14 2024 20:50:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520020043 | | Email/Text: bnc-quantum@quantum3group.com | Nov 14 2024 20:50:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520018640 | | Email/Text: bnc-quantum@quantum3group.com | Nov 14 2024 20:50:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519987163 | + | Email/Text: ngisupport@radiusgs.com | Nov 14 2024 20:49:00 | RADIUS GLOBAL SOLUTION, 7831 GLENROY RD STE 250, EDINA, MN 55439-3117 |
| 519987166 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 14 2024 20:50:00 | SANTANDER CONSUMER USA, PO BOX 961245, FT WORTH, TX 76161-0244 |
| 519987168 | | Email/Text: clientservices@sourcerm.com | Nov 14 2024 20:50:00 | Source Receivables Management, for Sprint, 4615 Dundas Dr. Suite 102, Greensboro, NC 27407 |
| 520221123 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 14 2024 20:48:00 | State of New Jersey, Department of Treasury, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 519987171 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2024 21:08:39 | SYNCB/Old Navy, 4125 Wndward Plaza, Alpharetta, GA 30005-8738 |
| 519994943 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 14 2024 20:50:00 | Santander Consumer USA Inc., PO Box 560284, Dallas, TX 75356-0284 |
| 519987169 | ^ | MEBN | Nov 14 2024 20:45:26 | South Jersey Gas, Po Box 6091, Bellmawr, NJ 08099-6091 |
| 520035950 | | Email/Text: bankruptcy@springoakscapital.com | Nov 14 2024 20:48:00 | Spring Oaks Capital SPV, LLC, P. O. Box 1216, Chesapeake, VA 23327-1216 |
| 519987170 | + | Email/Text: bankruptcy@springoakscapital.com | Nov 14 2024 20:48:00 | Spring Oaks Captial, for Celtic Bank, PO Box 1216, Chesapeake, VA 23327-1216 |
| 519987173 | | Email/Text: jcissell@bankofmissouri.com | Nov 14 2024 20:49:00 | TBOM - Milestone, 216 W 2nd St, Dixon, MO 65459-8048 |
| 519987174 | | Email/Text: bncmail@w-legal.com | Nov 14 2024 20:49:00 | TD Bank USA/Target, 7000 Target Pkwy N Stop Ncd-0450, Minneapolis, MN 55445-4301 |
| 519989136 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Nov 14 2024 20:55:55 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 519998236 | + | Email/Text: EBN@edfinancial.com | Nov 14 2024 20:49:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 519987175 | | Email/Text: BAN5620@UCBINC.COM | Nov 14 2024 20:49:00 | United Collection Bureau Inc., 5620 Southwyck Blvd, Toledo, OH 43614-1501 |
| 519993228 | ^ | MEBN | Nov 14 2024 20:45:37 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519987176 | | Email/Text: LCI@upstart.com | Nov 14 2024 20:49:00 | Upstart/Finwise Bank, 2950 S Delaware St, San Mateo, CA 94403-2577 |
| 519987177 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 14 2024 20:57:00 | WAWA/CBNA, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519987179 | + | Email/Text: documentfiling@lciinc.com | Nov 14 2024 20:48:00 | Xfinity CH, PO Box 6505, Chelmsford, MA |

Case 23-16596-JNP   Doc 70   Filed 11/16/24   Entered 11/17/24 00:15:38   Desc Imaged
Certificate of Notice   Page 7 of 7

| District/off: 0312-1 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Nov 14, 2024 | Form ID: 137 | Total Noticed: 101 |

| 519987178 | Email/Text: documentfiling@lciinc.com | 01824-0905 Nov 14 2024 20:48:00 | xfinity, 1701 John F Kennedy Blvd, Philadelphia, PA 19103-2838 |

TOTAL: 77

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520092548 | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Eric J Clayman | on behalf of Debtor Norman E. Rolle Eric@Clayman-Law.com CLAYMANLAWLLC@jubileebk.net |
| Eric J Clayman | on behalf of Joint Debtor Aisha M. Rolle Eric@Clayman-Law.com CLAYMANLAWLLC@jubileebk.net |
| Heather Lynn Anderson | on behalf of Creditor State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us |
| Regina Cohen | on behalf of Creditor Ally Bank rcohen@lavin-law.com mmalone@lavin-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7