| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Clayman Law, LLC<br>1814 East Route 70<br>Suite 350<br>Cherry Hill, NJ 08003<br>856.777.5877<br>Attorneys for the Debtor | |
| In Re<br><br>  Norman & Aisha Rolle<br>       Debtor | Case No.:  23-16596<br><br>Chapter:  13<br><br>Hearing Date:<br><br>Judge:  JNP |

**Order Filed on December 19, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED.**

**DATED: December 19, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Clayman Law LLC_____, the applicant, is allowed a fee of $2000.00  for services rendered and expenses in the amount of $  0.00 for a total of  $ 2,000.00 The allowance is payable:

   X_  through the Chapter 13 plan as an administrative priority.

   ___  outside the plan.

The debtor's monthly plan is modified to require a payment of  $1,107.00 per month for  45 months to allow for payment of the above fee.