Printed on: 12/31/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 3

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 23-16596 (JNP)

Norman E. Rolle and Aisha M. Rolle  
205 Lanning Avenue  
Penns Grove, NJ  08069

Monthly Payment: $1,107.00  
Payments / Month: 1  
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/02/2024 | $343.86 | 01/12/2024 | $343.86 | 01/26/2024 | $343.86 | 02/09/2024 | $343.86 |
| 02/26/2024 | $343.86 | 03/08/2024 | $343.86 | 03/22/2024 | $343.86 | 04/05/2024 | $343.86 |
| 04/19/2024 | $480.00 | 05/03/2024 | $480.00 | 05/17/2024 | $480.00 | 06/03/2024 | $480.00 |
| 06/14/2024 | $480.00 | 06/28/2024 | $480.00 | 07/12/2024 | $480.00 | 07/26/2024 | $480.00 |
| 08/09/2024 | $480.00 | 08/23/2024 | $480.00 | 09/09/2024 | $480.00 | 09/20/2024 | $480.00 |
| 10/04/2024 | $514.00 | 10/21/2024 | $514.00 | 11/01/2024 | $514.00 | 11/18/2024 | $543.00 |
| 12/02/2024 | $543.00 | 12/13/2024 | $543.00 | 12/30/2024 | $543.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | NORMAN E. ROLLE | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ERIC J. CLAYMAN, ESQUIRE | 13 | $4,063.00 | $4,063.00 | $0.00 | $1,918.95 |
| 0 | ERIC J. CLAYMAN, ESQUIRE | 13 | $2,000.00 | $0.00 | $2,000.00 | $0.00 |
| 0 | ERIC J. CLAYMAN, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | ALLY FINANCIAL | 24 | $31,131.92 | $6,565.64 | $24,566.28 | $0.00 |
| 2 | AMERICAN COLLECTIONS ENTERPRISES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $1,723.91 | $0.00 | $0.00 | $0.00 |
| 4 | AVANT/WEBBANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | BTD RADIOLOGY AT SALEM PA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | BAYADA AT INSPIRA HOME HEALTH | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,001.92 | $0.00 | $0.00 | $0.00 |
| 8 | CITIBANK, N.A. | 33 | $485.99 | $0.00 | $0.00 | $0.00 |
| 9 | CLAYMAN LAW LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | CAPITAL ONE, N.A. | 33 | $243.52 | $0.00 | $0.00 | $0.00 |
| 11 | CARNEYS POINT TWP. SEWERAGE AUTHORITY | 24 | $394.44 | $83.20 | $311.24 | $0.00 |
| 12 | QUANTUM3 GROUP, LLC | 33 | $1,197.33 | $0.00 | $0.00 | $0.00 |
| 13 | CHARLES A. EVANS, DMD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | QUANTUM3 GROUP, LLC | 33 | $387.84 | $0.00 | $0.00 | $0.00 |
| 15 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $364.11 | $0.00 | $0.00 | $0.00 |
| 16 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $377.79 | $0.00 | $0.00 | $0.00 |
| 17 | QUANTUM3 GROUP, LLC | 33 | $769.69 | $0.00 | $0.00 | $0.00 |
| 18 | CONVERGENT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | COOPER UNIVERSITY HEALTHCARE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | CREDIT COLLECTION SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 21 | LVNV FUNDING, LLC | 33 | $60.85 | $0.00 | $0.00 | $0.00 |
| 22 | DISCOVER BANK | 33 | $1,019.38 | $0.00 | $0.00 | $0.00 |
| 23 | DIVERSIFIED ADJUSTMENT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | DRS. LEINEN & LAPALOMENTO, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | U.S. DEPARTMENT OF EDUCATION | 33 | $107,524.14 | $0.00 | $0.00 | $0.00 |
| 26 | ERC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | EASTERN DENTAL OF WOODBURY HEIGHTS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | QUANTUM3 GROUP, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | FIRST NATIONAL BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | FIRST NATIONAL BANK/FISE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | FIRST PREMIERE BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | QUANTUM3 GROUP, LLC | 33 | $78.67 | $0.00 | $0.00 | $0.00 |
| 33 | QUANTUM3 GROUP, LLC | 33 | $439.18 | $0.00 | $0.00 | $0.00 |
| 34 | HEALTHCARE COMMONS, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | INDIGO - CELTIC BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | JOHN R. AMRIEN, MD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | LTD FINANCIAL SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | LVNV FUNDING, LLC | 33 | $348.96 | $0.00 | $0.00 | $0.00 |
| 39 | ASHLEY FUNDING SERVICES, LLC | 33 | $140.13 | $0.00 | $0.00 | $0.00 |
| 40 | MISSION LANE TAB BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | CITIBANK, N.A. | 33 | $579.03 | $0.00 | $0.00 | $0.00 |
| 42 | MERRICK BANK | 33 | $1,059.57 | $0.00 | $0.00 | $0.00 |
| 43 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | MIDFIRST BANK | 24 | $80.33 | $80.33 | $0.00 | $0.00 |
| 45 | NAPA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 46 | NATIONWIDE RECOVERY SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47 | NORDSTROM, INC. | 33 | $2,044.53 | $0.00 | $0.00 | $0.00 |
| 48 | PALLIES AUTO SALES | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49 | RADIUS GLOBAL SOLUTION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50 | ROTHMAN ORTHODPEDICS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 24 | $2,121.12 | $447.35 | $1,673.77 | $0.00 |
| 52 | SMA SPECIALTY MEDICAL LAB | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53 | SYNCB/OLD NAVY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 54 | QUANTUM3 GROUP, LLC | 33 | $121.92 | $0.00 | $0.00 | $0.00 |
| 55 | SOURCE RECEIVABLES MANAGEMENT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 56 | SOUTH JERSEY GAS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 57 | SPRING OAKS CAPITAL SPV, LLC | 33 | $834.79 | $0.00 | $0.00 | $0.00 |
| 58 | SYNERGY ORTHOPEDICS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 59 | TBOM - MILESTONE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 60 | TD BANK USA/TARGET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 61 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 62 | UNITED COLLECTION BUREAU INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 63 | UPSTART/FINWISE BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 64 | LVNV FUNDING, LLC | 33 | $627.54 | $0.00 | $0.00 | $0.00 |
| 65 | XFINITY CH | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 66 | XFINITY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 67 | AISHA M. ROLLE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 68 | ERIC J CLAYMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 69 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 70 | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 71 | UPSTART NETWORK, INC. | 33 | $2,276.35 | $0.00 | $0.00 | $0.00 |
| 72 | UPSTART NETWORK, INC. | 33 | $1,198.29 | $0.00 | $0.00 | $0.00 |
| 73 | CAPITAL ONE, N.A. | 33 | $264.54 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

Printed on: 12/31/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 3 of 3

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 23-16596 (JNP)

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 74 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $1,786.52 | $0.00 | $0.00 | $0.00 |
| 75 | QUANTUM3 GROUP, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 76 | LVNV FUNDING, LLC | 33 | $230.82 | $0.00 | $0.00 | $0.00 |
| 77 | PURCHASING POWER, LLC | 33 | $1,508.19 | $0.00 | $0.00 | $0.00 |
| 78 | PINNACLE SERVICE SOLUTIONS, LLC | 33 | $510.00 | $0.00 | $0.00 | $0.00 |
| 79 | DEPARTMENT OF THE TREASURY | 28 | $10,516.34 | $0.00 | $10,516.34 | $0.00 |
| 80 | DEPARTMENT OF THE TREASURY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 81 | STATE OF NEW JERSEY | 28 | $3,998.96 | $0.00 | $3,998.96 | $0.00 |
| 82 | STATE OF NEW JERSEY | 33 | $7,262.59 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 09/01/2023 | 13.00 | $0.00 |
| 10/01/2024 | Paid to Date | $11,491.46 |
| 11/01/2024 | 1.00 | $1,085.00 |
| 12/01/2024 | 45.00 | $1,107.00 |
| 09/01/2028 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $12,224.88 |
| Total paid to creditors this period: | $1,918.95 |
| Undistributed Funds on Hand: | $1,999.56 |
| Arrearages: | ($1,008.00) |
| Attorney: | ERIC J. CLAYMAN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**