Eric J Clayman, Esquire
Clayman Law
1814 East Route 70 Suite 350
Cherry Hill, NJ, 08003
856-777-5877
Eric@Clayman-Law.com
Attorney for Debtor

United States of Bankruptcy Court
District of New Jersey

───────────────────────────────────────────────────────

In Re: Rolle, Norman E.; Rolle, Aisha M.

        Chapter 13
        Case Number: 23-16596 (JNP)
        Hearing Date:
        Judge: Jerrold N. Poslusny, Jr.

───────────────────────────────────────────────────────

**<u>NOTICE OF MOTION TO APPROVE POST PETITION LOAN MODIFCATION (Partial Pay Loan from HUD)</u>**

Debtors Norman and Aisha Rolle have filed papers with the Court to approve post-petition loan modification in their Chapter 13 Bankruptcy.

YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).

Hearing Date:   ONLY REQUIRED IF AN OBJECTION IS FILED.

Hearing Time:

Hearing Location: United States Bankruptcy Court

400 Cooper Street, 4th Floor, Camden, N.J. 08101

Courtroom Number: 4C

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it

WITHIN TEN (10) DAYS. You must also mail a copy of your response to:

Andrew Finberg

Chapter 13 Trustee

535 Route 38, Suite 580

Cherry Hill, NJ, 08002

And


Eric J Clayman

CLAYMAN LAW LLC

Attorney for the Debtor

1814 East Route 70 Cherry Hill, NJ 08003


Date:   7/16/2025                                                                                    /s/Eric J. Clayman