Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 23−16596−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Norman E. Rolle                                   Aisha M. Rolle
205 Lanning Avenue                                205 Lanning Avenue
Penns Grove, NJ 08069                             Penns Grove, NJ 08069

Social Security No.:
  xxx−xx−1924                                     xxx−xx−1380

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 17, 2024.

On 10/21/2025 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:              December 3, 2025
Time:              10:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: October 22, 2025
JAN: jgd

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:   Case No. 23-16596-JNP
Norman E. Rolle   Chapter 13
Aisha M. Rolle
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1   User: admin   Page 1 of 5
Date Rcvd: Oct 22, 2025   Form ID: 185   Total Noticed: 100

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Norman E. Rolle, Aisha M. Rolle, 205 Lanning Avenue, Penns Grove, NJ 08069-1037 |
| 519987116 | + | American Collections Enterprises, for First State Surgery, 6094 - D Franconia Road, Alexandria, VA 22310-4433 |
| 519987122 | | BTD Radiology at Salem PA, PO Box 371863, Pittsburgh, PA 15250-7863 |
| 519987119 | | Bayada at Inspira Home health, 600 G St Ste 170, Millville, NJ 08332-2111 |
| 519994864 | + | CARNEYS POINT SEWERAGE AUTHORITY, 303 HARDING HWY, CARNEYS POINT 08069-2248 |
| 519987127 | | CLAYMAN LAW LLC, 1814 EAST ROUTE 70 350, Cherry Hill, NJ 08003 |
| 519987124 | | Carney's Point Twp. Sewerage Auth., 305 Harding Hwy, Penns Grove, NJ 08069 |
| 519987126 | | Charles A. Evans, DMD, 7 Benson Avenue, Pennsville, NJ 08070-1401 |
| 519987138 | | Drs. Leinen & LaPalomento, LLC, 215 N Hook Rd, Pennsville, NJ 08070-1901 |
| 519987139 | | Eastern Dental of Woodbury Heights, 1006 Mantua Pike Ste 1b, Woodbury Hts, NJ 08097-1225 |
| 519987143 | | First National Bank, 141 E Main St, Oldham, SD 57051 |
| 519987146 | | First State Orthopedics, Po Box 824413, Philadelphia, PA 19182-4413 |
| 519987148 | + | Healthcare Commons, Inc., 500 S Pennsville Auburn Rd, Penns Grove, NJ 08069-2943 |
| 519987150 | | John R. Amrien, MD, 205 Lanning Ave, Penns Grove, NJ 08069-1037 |
| 519987152 | | LTD Financial Services, 3200 Wilcrest Dr Ste 600, Houston, TX 77042-6000 |
| 519987157 | | Midland Mortgage, 1101 N Rockwell Ave, Oklahoma City, OK 73127 |
| 519987159 | | NAPA, 2600 University Pkwy, Coralville, IA 52241-3204 |
| 519987160 | | Nationwide Recovery Services, 535 West Inman Street, Cleveland, TN 37311 |
| 519987161 | | Nordstrom/TD Bank, 13553 E Caley Ave, Englewood, CO 80111 |
| 519987162 | + | Pallies Auto Sales, 540A Delsea Drive, Sewell, NJ 08080-2827 |
| 519987164 | | Rothman Orthodpedics, Po Box 412423, Boston, MA 02241-2423 |
| 519987167 | + | SMA Specialty medical Lab, 940 Pennsylvania Blvd. Suite A, Feasterville Trevose, PA 19053-7834 |
| 519987165 | | Salem Medical Center, Po Box 95000 Lbx 7750, Philadelphia, PA 19195-0001 |
| 519987172 | | Synergy Orthopedics, 920 Germantown Pike Ste 210, Plymouth Mtng, PA 19462-7401 |
| 519993228 | + | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519987176 | | Upstart/Finwise Bank, 2950 S Delaware St, San Mateo, CA 94403-2577 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 22 2025 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 22 2025 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 22 2025 21:12:37 | Ally Bank, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519987115 | | Email/Text: ally@ebn.phinsolutions.com | Oct 22 2025 20:51:00 | ALLY FINANCIAL, Po Box 380901, |

Case 23-16596-JNP    Doc 83    Filed 10/24/25    Entered 10/25/25 00:14:17    Desc Imaged
                        Certificate of Notice    Page 3 of 6

| District/off: 0312-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Oct 22, 2025 | Form ID: 185 | Total Noticed: 100 |

| | | | | |
|---|---|---|---|---|
| | | | | Minneapolis, MN 55438-0901 |
| 519989958 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 22 2025 21:00:59 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520021592 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 22 2025 21:00:06 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520030745 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 22 2025 20:59:52 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519987117 | | Email/Text: bankruptcy@pepcoholdings.com | Oct 22 2025 20:52:00 | Atlantic City Electric, Po Box 17006, Wilmington, DE 19850-7006 |
| 520000628 | + | Email/Text: bankruptcy@pepcoholdings.com | Oct 22 2025 20:52:00 | Atlantic City Electric Company, Bankruptcy Division, 5 Collins Drive, Suite 2133 / Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 519987118 | + | Email/Text: bk@avant.com | Oct 22 2025 20:53:00 | Avant/Webbank, 222 Merchandise Mart Plaza, Chicago, IL 60654-1103 |
| 519987120 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 22 2025 21:00:56 | Best Buy/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 519987121 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 22 2025 20:59:56 | Bloomingdales/Citibank, 911 Duke Blvd., Mason, OH 45040 |
| 519987123 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 22 2025 20:59:40 | Capital One, Po Box 31293, Salt Lake Cty, UT 84131-0293 |
| 519998915 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 22 2025 20:59:59 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519987125 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 22 2025 20:53:00 | Celtic Bank/Continental Finance, 268 S. State Street Suite 300, Salt Lake City, UT 84111-5314 |
| 520011264 | | Email/Text: bnc-quantum@quantum3group.com | Oct 22 2025 20:53:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 519987128 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 22 2025 20:52:00 | Comenity Bank/Lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |
| 519987129 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 22 2025 20:52:00 | Comenity Bank/Victoria Secret, 3100 Easton Square Place, Columbus, OH 43219-6289 |
| 519987130 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 22 2025 20:52:00 | Comenity Bank/Wayfair, PO Box 182789, Columbus, OH 43218-2789 |
| 519987131 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 22 2025 20:52:00 | Comentity Bank/Zales, Po Box 182120, Columbus, OH 43218-2120 |
| 519987132 | | Email/Text: convergent@ebn.phinsolutions.com | Oct 22 2025 20:53:19 | Convergent, fbo Sprint, Po Box 9004, Renton, WA 98057-9004 |
| 519987133 | ^ | MEBN | Oct 22 2025 20:47:06 | Cooper University Healthcare, PO Box 95000-4345, Philadelphia, PA 19195-4345 |
| 519987134 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 22 2025 20:53:00 | Credit Collection Services, Original creditor Progressive Garden Sta, 725 Canton Street, Norwood, MA 02062-2609 |
| 519987135 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 22 2025 20:59:00 | Credit One Bank NV, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 519987136 | | Email/Text: mrdiscen@discover.com | Oct 22 2025 20:51:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 519992243 | | Email/Text: mrdiscen@discover.com | Oct 22 2025 20:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519987137 | ^ | MEBN | Oct 22 2025 20:47:01 | Diversified Adjustment, for Sprint, 600 Coon Rapids Blvd, Minneapolis, MN 55433-5549 |

Case 23-16596-JNP    Doc 83    Filed 10/24/25    Entered 10/25/25 00:14:17    Desc Imaged
                        Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Oct 22, 2025 | Form ID: 185 | Total Noticed: 100 |

| Recipient ID | | Delivery Method | Date/Time | Name & Address |
|---|---|---|---|---|
| 519987140 | | Email/Text: EBN@edfinancial.com | Oct 22 2025 20:52:00 | ED Financial Services LLC, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 519987144 | | Email/Text: BNSTAZ@capitalsvcs.com | Oct 22 2025 20:52:00 | First National Bank/Fise, PO Box 5081, Sioux Falls, SD 57117 |
| 519987142 | + | Email/Text: bnc-bluestem@quantum3group.com | Oct 22 2025 20:53:00 | Fingerhut/Webbank, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 519987145 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 22 2025 21:01:07 | First Premiere Bank, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 519987147 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 22 2025 20:53:00 | Genesis FS Card Services, Po Box 84049, Columbus, GA 31908-4049 |
| 519987149 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 22 2025 20:53:00 | Indigo - Celtic Bank, Po Box 4499, Beaverton, OR 97076-4499 |
| 520140501 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 22 2025 20:52:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519987151 | | Email/Text: govtaudits@labcorp.com | Oct 22 2025 20:52:00 | Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216-2240 |
| 519987153 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 22 2025 20:58:57 | LVNV Funding, c/o Resurgent Capital Services, 55 Beattie Pl #110, Greenville, SC 29601-5115 |
| 519996284 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 22 2025 20:59:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520021743 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 22 2025 20:59:58 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519987158 | | Email/Text: ml-ebn@missionlane.com | Oct 22 2025 20:51:00 | MISSION LANE TAB BANK, PO Box 105286, Atlanta, GA 30348 |
| 519987154 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 22 2025 21:01:19 | Macy's/Citibank, 911 Duke Blvd, Mason, OH 45040-8999 |
| 519987155 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 22 2025 20:59:46 | Merrick Bank U, 10705 S Jordan Gtwy Ste 200, South Jordan, UT 84095-3977 |
| 520017238 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 22 2025 20:58:52 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519987156 | | Email/Text: bankruptcydpt@mcmcg.com | Oct 22 2025 20:53:00 | Midland Credit Management, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 520030261 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 22 2025 20:53:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520047204 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 22 2025 20:53:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520300484 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 22 2025 20:59:52 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520300485 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 22 2025 21:11:37 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520042245 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 22 2025 21:12:06 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 520048582 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 22 2025 21:00:00 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 520048922 | + | Email/Text: bankruptcy@purchasingpower.com | Oct 22 2025 20:53:00 | Purchasing Power, LLC, 2727 Paces Ferry Road SE, Bldg.2,Ste1200, Atlanta, GA 30339-6199 |
| 520020054 | | Email/Text: bnc-quantum@quantum3group.com | Oct 22 2025 20:53:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |

Case 23-16596-JNP    Doc 83    Filed 10/24/25    Entered 10/25/25 00:14:17    Desc Imaged
                               Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Oct 22, 2025 | Form ID: 185 | Total Noticed: 100 |

| | | | | |
|---|---|---|---|---|
| 520092549 | + | Email/Text: bnc-quantum@quantum3group.com | Oct 22 2025 20:53:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Sadino Funding LLC 98083-0788 |
| 520043402 | | Email/Text: bnc-quantum@quantum3group.com | Oct 22 2025 20:53:00 | Quantum3 Group LLC as agent for, BLST Marketing Sales & Receivables LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519996013 | | Email/Text: bnc-quantum@quantum3group.com | Oct 22 2025 20:53:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520020049 | | Email/Text: bnc-quantum@quantum3group.com | Oct 22 2025 20:53:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520020043 | | Email/Text: bnc-quantum@quantum3group.com | Oct 22 2025 20:53:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520018640 | | Email/Text: bnc-quantum@quantum3group.com | Oct 22 2025 20:53:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519987163 | + | Email/Text: ngisupport@radiusgs.com | Oct 22 2025 20:52:00 | RADIUS GLOBAL SOLUTION, 7831 GLENROY RD STE 250, EDINA, MN 55439-3117 |
| 519987166 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 22 2025 20:53:00 | SANTANDER CONSUMER USA, PO BOX 961245, FT WORTH, TX 76161-0244 |
| 519987168 | | Email/Text: clientservices@sourcerm.com | Oct 22 2025 20:53:00 | Source Receivables Management, for Sprint, 4615 Dundas Dr. Suite 102, Greensboro, NC 27407 |
| 520035950 | | Email/Text: bankruptcy@springoakscapital.com | Oct 22 2025 20:51:00 | Spring Oaks Capital SPV, LLC, P. O. Box 1216, Chesapeake, VA 23327-1216 |
| 519987170 | | Email/Text: bankruptcy@springoakscapital.com | Oct 22 2025 20:51:00 | Spring Oaks Captial, for Celtic Bank, PO Box 1216, Chesapeake, VA |
| 520221123 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 22 2025 20:52:00 | State of New Jersey, Department of Treasury, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 519987171 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 22 2025 21:00:35 | SYNCB/Old Navy, 4125 Wndward Plaza, Alpharetta, GA 30005-8738 |
| 519994943 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 22 2025 20:53:00 | Santander Consumer USA Inc., PO Box 560284, Dallas, TX 75356-0284 |
| 519987169 | ^ | MEBN | Oct 22 2025 20:47:51 | South Jersey Gas, Po Box 6091, Bellmawr, NJ 08099-6091 |
| 519987173 | | Email/Text: jcissell@bankofmissouri.com | Oct 22 2025 20:52:00 | TBOM - Milestone, 216 W 2nd St, Dixon, MO 65459-8048 |
| 519987174 | | Email/Text: bncmail@w-legal.com | Oct 22 2025 20:52:00 | TD Bank USA/Target, 7000 Target Pkwy N Stop Ncd-0450, Minneapolis, MN 55445-4301 |
| 519989136 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Oct 22 2025 20:59:16 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 519998236 | + | Email/Text: EBN@edfinancial.com | Oct 22 2025 20:52:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 519987175 | | Email/Text: BAN5620@UCBINC.COM | Oct 22 2025 20:52:00 | United Collection Bureau Inc., 5620 Southwyck Blvd, Toledo, OH 43614-1501 |
| 519993228 | + | Email/Text: UpStart@ebn.phinsolutions.com | Oct 22 2025 20:53:00 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519987176 | | Email/Text: UpStart@ebn.phinsolutions.com | Oct 22 2025 20:53:00 | Upstart/Finwise Bank, 2950 S Delaware St, San Mateo, CA 94403-2577 |
| 519987177 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 22 2025 21:12:31 | WAWA/CBNA, Po Box 6497, Sioux Falls, SD |

| 519987179 | Email/Text: documentfiling@lciinc.com | | 57117-6497 |
|---|---|---|---|
| | | Oct 22 2025 20:51:00 | Xfinity CH, PO Box 6505, Chelmsford, MA 01824 |
| 519987178 | Email/Text: documentfiling@lciinc.com | Oct 22 2025 20:51:00 | xfinity, 1701 John F Kennedy Blvd, Philadelphia, PA 19103-2838 |

TOTAL: 76

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520092548 | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519987141 | ## | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 24, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Eric J Clayman | on behalf of Debtor Norman E. Rolle Eric@Clayman-Law.com CLAYMANLAWLLC@jubileebk.net |
| Eric J Clayman | on behalf of Joint Debtor Aisha M. Rolle Eric@Clayman-Law.com CLAYMANLAWLLC@jubileebk.net |
| Heather Lynn Anderson | on behalf of Creditor State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us |
| Regina Cohen | on behalf of Creditor Ally Bank rcohen@lavin-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7