Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−16596−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Norman E. Rolle | Aisha M. Rolle |
| 205 Lanning Avenue | 205 Lanning Avenue |
| Penns Grove, NJ 08069 | Penns Grove, NJ 08069 |

Social Security No.:
  xxx−xx−1924                               xxx−xx−1380

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 18, 2025.

Dated: December 18, 2025
JAN: kvr

                                                                                      Jeanne Naughton
                                                                                      Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-16596-JNP |
| Norman E. Rolle | Chapter 13 |
| Aisha M. Rolle | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Dec 18, 2025 | Form ID: plncf13 | Total Noticed: 100 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^ Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

## Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Norman E. Rolle, Aisha M. Rolle, 205 Lanning Avenue, Penns Grove, NJ 08069-1037 |
| 519987116 | + | American Collections Enterprises, for First State Surgery, 6094 - D Franconia Road, Alexandria, VA 22310-4433 |
| 519987122 | | BTD Radiology at Salem PA, PO Box 371863, Pittsburgh, PA 15250-7863 |
| 519987119 | | Bayada at Inspira Home health, 600 G St Ste 170, Millville, NJ 08332-2111 |
| 519994864 | + | CARNEYS POINT SEWERAGE AUTHORITY, 303 HARDING HWY, CARNEYS POINT 08069-2248 |
| 519987127 | | CLAYMAN LAW LLC, 1814 EAST ROUTE 70 350, Cherry Hill, NJ 08003 |
| 519987124 | | Carney's Point Twp. Sewerage Auth., 305 Harding Hwy, Penns Grove, NJ 08069 |
| 519987126 | | Charles A. Evans, DMD, 7 Benson Avenue, Pennsville, NJ 08070-1401 |
| 519987138 | | Drs. Leinen & LaPalomento, LLC, 215 N Hook Rd, Pennsville, NJ 08070-1901 |
| 519987139 | | Eastern Dental of Woodbury Heights, 1006 Mantua Pike Ste 1b, Woodbury Hts, NJ 08097-1225 |
| 519987143 | | First National Bank, 141 E Main St, Oldham, SD 57051 |
| 519987146 | | First State Orthopedics, Po Box 824413, Philadelphia, PA 19182-4413 |
| 519987148 | + | Healthcare Commons, Inc., 500 S Pennsville Auburn Rd, Penns Grove, NJ 08069-2943 |
| 519987150 | | John R. Amrien, MD, 205 Lanning Ave, Penns Grove, NJ 08069-1037 |
| 519987152 | | LTD Financial Services, 3200 Wilcrest Dr Ste 600, Houston, TX 77042-6000 |
| 519987157 | | Midland Mortgage, 1101 N Rockwell Ave, Oklahoma City, OK 73127 |
| 519987159 | | NAPA, 2600 University Pkwy, Coralville, IA 52241-3204 |
| 519987160 | | Nationwide Recovery Services, 535 West Inman Street, Cleveland, TN 37311 |
| 519987161 | | Nordstrom/TD Bank, 13553 E Caley Ave, Englewood, CO 80111 |
| 519987162 | + | Pallies Auto Sales, 540A Delsea Drive, Sewell, NJ 08080-2827 |
| 519987164 | | Rothman Orthodpedics, Po Box 412423, Boston, MA 02241-2423 |
| 519987167 | + | SMA Specialty medical Lab, 940 Pennsylvania Blvd. Suite A, Feasterville Trevose, PA 19053-7834 |
| 519987165 | | Salem Medical Center, Po Box 95000 Lbx 7750, Philadelphia, PA 19195-0001 |
| 519987172 | | Synergy Orthopedics, 920 Germantown Pike Ste 210, Plymouth Mtng, PA 19462-7401 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 18 2025 21:08:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 18 2025 21:08:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 18 2025 21:04:54 | Ally Bank, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519987115 | | Email/Text: ally@ebn.phinsolutions.com | Dec 18 2025 21:07:00 | ALLY FINANCIAL, Po Box 380901, Minneapolis, MN 55438-0901 |
| 519989958 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520021592 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 18 2025 21:04:55 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| | | | Dec 18 2025 21:04:55 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520030745 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 18 2025 21:05:19 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519987117 | | Email/Text: bankruptcy@pepcoholdings.com | Dec 18 2025 21:07:00 | Atlantic City Electric, Po Box 17006, Wilmington, DE 19850-7006 |
| 520000628 | + | Email/Text: bankruptcy@pepcoholdings.com | Dec 18 2025 21:07:00 | Atlantic City Electric Company, Bankruptcy Division, 5 Collins Drive, Suite 2133 / Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 519987118 | + | Email/Text: bk@avant.com | Dec 18 2025 21:08:00 | Avant/Webbank, 222 Merchandise Mart Plaza, Chicago, IL 60654-1103 |
| 519987120 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 18 2025 21:16:46 | Best Buy/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 519987121 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 18 2025 21:16:54 | Bloomingdales/Citibank, 911 Duke Blvd., Mason, OH 45040 |
| 519987123 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 18 2025 21:05:03 | Capital One, Po Box 31293, Salt Lake Cty, UT 84131-0293 |
| 519998915 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 18 2025 21:05:07 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519987125 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 18 2025 21:08:00 | Celtic Bank/Continental Finance, 268 S. State Street Suite 300, Salt Lake City, UT 84111-5314 |
| 520011264 | | Email/Text: bnc-quantum@quantum3group.com | Dec 18 2025 21:08:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 519987128 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 18 2025 21:07:00 | Comenity Bank/Lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |
| 519987129 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 18 2025 21:07:00 | Comenity Bank/Victoria Secret, 3100 Easton Square Place, Columbus, OH 43219-6289 |
| 519987130 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 18 2025 21:07:00 | Comenity Bank/Wayfair, PO Box 182789, Columbus, OH 43218-2789 |
| 519987131 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 18 2025 21:07:00 | Comentity Bank/Zales, Po Box 182120, Columbus, OH 43218-2120 |
| 519987132 | | Email/Text: convergent@ebn.phinsolutions.com | Dec 18 2025 21:08:49 | Convergent, fbo Sprint, Po Box 9004, Renton, WA 98057-9004 |
| 519987133 | ^ | MEBN | Dec 18 2025 21:02:05 | Cooper University Healthcare, PO Box 95000-4345, Philadelphia, PA 19195-4345 |
| 519987134 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 18 2025 21:08:00 | Credit Collection Services, Original creditor Progressive Garden Sta, 725 Canton Street, Norwood, MA 02062-2609 |
| 519987135 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 18 2025 21:05:05 | Credit One Bank NV, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 519987136 | | Email/Text: mrdiscen@discover.com | Dec 18 2025 21:07:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 519992243 | | Email/Text: mrdiscen@discover.com | Dec 18 2025 21:07:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519987137 | ^ | MEBN | Dec 18 2025 21:00:57 | Diversified Adjustment, for Sprint, 600 Coon Rapids Blvd, Minneapolis, MN 55433-5549 |
| 519987140 | | Email/Text: EBN@edfinancial.com | Dec 18 2025 21:07:00 | ED Financial Services LLC, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |

Case 23-16596-JNP    Doc 91    Filed 12/20/25    Entered 12/21/25 00:13:21    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Dec 18, 2025 | Form ID: plncf13 | Total Noticed: 100 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519987144 | | Email/Text: BNSTAZ@capitalsvcs.com | Dec 18 2025 21:07:00 | First National Bank/Fise, PO Box 5081, Sioux Falls, SD 57117 |
| 519987142 | + | Email/Text: bnc-bluestem@quantum3group.com | Dec 18 2025 21:08:00 | Fingerhut/Webbank, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 519987145 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 18 2025 21:04:56 | First Premiere Bank, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 519987147 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 18 2025 21:08:00 | Genesis FS Card Services, Po Box 84049, Columbus, GA 31908-4049 |
| 519987149 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 18 2025 21:08:00 | Indigo - Celtic Bank, Po Box 4499, Beaverton, OR 97076-4499 |
| 520140501 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 18 2025 21:07:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519987151 | | Email/Text: govtaudits@labcorp.com | Dec 18 2025 21:07:00 | Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216-2240 |
| 519987153 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 18 2025 21:04:57 | LVNV Funding, c/o Resurgent Capital Services, 55 Beattie Pl #110, Greenville, SC 29601-5115 |
| 519996284 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 18 2025 21:04:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520021743 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 18 2025 21:05:04 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519987158 | | Email/Text: ml-ebn@missionlane.com | Dec 18 2025 21:07:00 | MISSION LANE TAB BANK, PO Box 105286, Atlanta, GA 30348 |
| 519987154 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 18 2025 21:16:53 | Macy's/Citibank, 911 Duke Blvd, Mason, OH 45040-8999 |
| 519987155 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 18 2025 21:04:52 | Merrick Bank U, 10705 S Jordan Gtwy Ste 200, South Jordan, UT 84095-3977 |
| 520017238 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 18 2025 21:05:14 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519987156 | | Email/Text: bankruptcydpt@mcmcg.com | Dec 18 2025 21:08:00 | Midland Credit Management, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 520030261 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 18 2025 21:08:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520047204 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 18 2025 21:08:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520300484 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 18 2025 21:05:06 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520300485 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 18 2025 21:05:18 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520042245 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 18 2025 21:04:56 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 520048582 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 18 2025 21:04:57 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 520048922 | + | Email/Text: bankruptcy@purchasingpower.com | Dec 18 2025 21:08:00 | Purchasing Power, LLC, 2727 Paces Ferry Road SE, Bldg.2,Ste1200, Atlanta, GA 30339-6199 |
| 520020054 | | Email/Text: bnc-quantum@quantum3group.com | Dec 18 2025 21:08:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520092549 | + | Email/Text: bnc-quantum@quantum3group.com | Dec 18 2025 21:08:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA |

Case 23-16596-JNP    Doc 91    Filed 12/20/25    Entered 12/21/25 00:13:21    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 18, 2025 | Form ID: plncf13 | Total Noticed: 100 |

| Recipient ID | | Delivery Method | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 520043402 | | Email/Text: bnc-quantum@quantum3group.com | Dec 18 2025 21:08:00 | 98083-0788, Quantum3 Group LLC as agent for, Sadino Funding LLC 98083-0788 |
| 519996013 | | Email/Text: bnc-quantum@quantum3group.com | Dec 18 2025 21:08:00 | Quantum3 Group LLC as agent for, BLST Marketing Sales & Receivables LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520020049 | | Email/Text: bnc-quantum@quantum3group.com | Dec 18 2025 21:08:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520020043 | | Email/Text: bnc-quantum@quantum3group.com | Dec 18 2025 21:08:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520018640 | | Email/Text: bnc-quantum@quantum3group.com | Dec 18 2025 21:08:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| | | | Dec 18 2025 21:08:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519987163 | + | Email/Text: ngisupport@radiusgs.com | Dec 18 2025 21:07:00 | RADIUS GLOBAL SOLUTION, 7831 GLENROY RD STE 250, EDINA, MN 55439-3117 |
| 519987166 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 18 2025 21:08:00 | SANTANDER CONSUMER USA, PO BOX 961245, FT WORTH, TX 76161-0244 |
| 519987168 | | Email/Text: clientservices@sourcerm.com | Dec 18 2025 21:08:00 | Source Receivables Management, for Sprint, 4615 Dundas Dr. Suite 102, Greensboro, NC 27407 |
| 520035950 | | Email/Text: bankruptcy@springoakscapital.com | Dec 18 2025 21:07:00 | Spring Oaks Capital SPV, LLC, P. O. Box 1216, Chesapeake, VA 23327-1216 |
| 519987170 | | Email/Text: bankruptcy@springoakscapital.com | Dec 18 2025 21:07:00 | Spring Oaks Captial, for Celtic Bank, PO Box 1216, Chesapeake, VA |
| 520221123 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 18 2025 21:07:00 | State of New Jersey, Department of Treasury, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 519987171 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 18 2025 21:05:13 | SYNCB/Old Navy, 4125 Wndward Plaza, Alpharetta, GA 30005-8738 |
| 519994943 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 18 2025 21:08:00 | Santander Consumer USA Inc., PO Box 560284, Dallas, TX 75356-0284 |
| 519987169 | ^ | MEBN | Dec 18 2025 21:00:55 | South Jersey Gas, Po Box 6091, Bellmawr, NJ 08099-6091 |
| 519987173 | | Email/Text: nlorenz@bankofmissouri.com | Dec 18 2025 21:07:00 | TBOM - Milestone, 216 W 2nd St, Dixon, MO 65459-8048 |
| 519987174 | | Email/Text: bncmail@w-legal.com | Dec 18 2025 21:07:00 | TD Bank USA/Target, 7000 Target Pkwy N Stop Ncd-0450, Minneapolis, MN 55445-4301 |
| 519989136 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Dec 18 2025 21:05:05 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 519998236 | + | Email/Text: EBN@edfinancial.com | Dec 18 2025 21:07:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 519987175 | | Email/Text: BAN5620@UCBINC.COM | Dec 18 2025 21:07:00 | United Collection Bureau Inc., 5620 Southwyck Blvd, Toledo, OH 43614-1501 |
| 519993228 | + | Email/Text: peritus@ebn.phinsolutions.com | Dec 18 2025 21:08:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II,LLC, P.O. Box 1149, Grapevine TX 76099-1149 |
| 519987176 | | Email/Text: UpStart@ebn.phinsolutions.com | Dec 18 2025 21:08:00 | Upstart/Finwise Bank, 2950 S Delaware St, San Mateo, CA 94403-2577 |
| 519987177 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 18 2025 21:16:59 | WAWA/CBNA, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519987179 | | Email/Text: documentfiling@lciinc.com | | |

| District/off: 0312-1 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Dec 18, 2025 | Form ID: plncf13 | Total Noticed: 100 |

|  |  | Dec 18 2025 21:07:00 | Xfinity CH, PO Box 6505, Chelmsford, MA 01824 |
|---|---|---|---|
| 519987178 | Email/Text: documentfiling@lciinc.com | Dec 18 2025 21:07:00 | xfinity, 1701 John F Kennedy Blvd, Philadelphia, PA 19103-2838 |

TOTAL: 76

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520092548 | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519987141 | ## | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2025         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Eric J Clayman | on behalf of Debtor Norman E. Rolle Eric@Clayman-Law.com CLAYMANLAWLLC@jubileebk.net |
| Eric J Clayman | on behalf of Joint Debtor Aisha M. Rolle Eric@Clayman-Law.com CLAYMANLAWLLC@jubileebk.net |
| Heather Lynn Anderson | on behalf of Creditor State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us |
| Regina Cohen | on behalf of Creditor Ally Bank rcohen@lavin-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7