**Order Filed on December 30, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Clayman Law, LLC
1814 East Route 70
Suite 350
Cherry Hill, NJ 08003
856.777.5877
Attorneys for the Debtor

| In Re | Case No.: | 23-16596 |
| Norman & Aisha Rolle | | |
| Debtors | Chapter: | 13 |
| | Hearing Date: | |
| | Judge: | JNP |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED.**

**DATED: December 30, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Clayman Law, LLC, the applicant, is allowed a fee of  $750.00 for services rendered and expenses in the amount of $   0.00 for a total of  $750.00   The allowance is payable:

   X   through the Chapter 13 plan as an administrative priority.

_____ outside the plan.

The debtor's monthly plan is modified to require a payment of  $____per month for  ____ months to allow for payment of the above fee.