UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Clayman Law LLC
1814 East Route 70
Suite 350
Cherry Hill, NJ 08003
Attorney for Debtor

In Re:

Norman & Aisha Rolle

Debtors

Case No.: 23-16596

Adv. No.: ____________________

Hearing Date: ____________________

Judge: JNP

## CERTIFICATION OF SERVICE

1. I, Eric J. Clayman :

☑ represent the Debtor in the above-captioned matter.

❑ am the secretary/paralegal for ____________________, who represents the ________________ in the above captioned matter.

❑ am the ________________________ in the above case and am representing myself.

2. On ______________________, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

Application for Compensation

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: XXXXXXXX 07/29/2026

s/ Eric J. Clayman
Signature

Dated: 08/12/2026___________________

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew Finberg<br>Standing Chapter 13 Trustee<br>535 Route 38<br>Suite 580<br>Cherry Hill, NJ 08003 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other __________<br>(as authorized by the court *) |
| Norman & Aisha Rolle<br>205 Lanning Avenue<br>Penns Grove, NJ 08069<br><br>aisharoy@yahoo.com | Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other __________<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other __________<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other __________<br>(as authorized by the court *) |