UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Clayman Law, LLC
1814 East Route 70
Suite 350
Cherry Hill, NJ 08003
856.777.5877
Attorneys for the Debtor

**Order Filed on August 19, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | | |
|---|---|---|
| In Re<br>Norman & Aisha Rolle<br>Debtors | Case No.: | 23-16596 |
| | Chapter: | 13 |
| | Hearing Date: | |
| | Judge: | JNP |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED.**

**DATED: August 19, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that ________Clayman Law, LLC__________, the applicant, is allowed a fee of $575. for services rendered and expenses in the amount of $ 0.00 for a total of $575.00. The allowance is payable:

___X___through the Chapter 13 plan as an administrative priority.

_______ outside the plan.

The debtor's monthly plan is modified to require a payment of $ 1357 per month for 24 months to begin September 2026 to allow for payment of the above fee.