UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Clayman Law, LLC
1814 East Route 70
Suite 350
Cherry Hill, NJ 08003
856.777.5877
Attorneys for the Debtor

**Order Filed on August 19, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | | |
|---|---|---|
| In Re<br>Norman & Aisha Rolle<br>Debtors | Case No.: | 23-16596 |
| | Chapter: | 13 |
| | Hearing Date: | |
| | Judge: | JNP |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED.**

**DATED: August 19, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that ________Clayman Law, LLC_____________, the applicant, is allowed a fee of $575. for services rendered and expenses in the amount of $__0.00 for a total of $575.00. The allowance is payable:

___X___through the Chapter 13 plan as an administrative priority.

_______ outside the plan.

The debtor's monthly plan is modified to require a payment of $ 1357 per month for 24 months to begin September 2026 to allow for payment of the above fee.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-16596-JNP |
| Norman E. Rolle | Chapter 13 |
| Aisha M. Rolle | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 19, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Norman E. Rolle, Aisha M. Rolle, 205 Lanning Avenue, Penns Grove, NJ 08069-1037 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Eric J Clayman | on behalf of Debtor Norman E. Rolle Eric@Clayman-Law.com CLAYMANLAWLLC@jubileebk.net |
| Eric J Clayman | on behalf of Joint Debtor Aisha M. Rolle Eric@Clayman-Law.com CLAYMANLAWLLC@jubileebk.net |
| Heather Lynn Anderson | on behalf of Creditor State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us |
| Matthew K. Fissel | |

| | |
|---|---|
| | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| Regina Cohen | on behalf of Creditor Ally Bank rcohen@lavin-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8